IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANN LEDFORD, individually and as next friend and mother of Johnathan Binkley, Deceased, ) ) ) ) | |
| Plaintiff, ) | |
| v. : | Case No. 3:20-CV-325 |
| ) | |
| KNOX COUNTY, TENNESSEE, ) et al., ) ) | JURY DEMANDED |
| Defendants. ) | |

## NOTICE OF MANUAL FILING OF EXHIBITS A-D TO AMENDED COMPLAINT

Plaintiff Ann Ledford, through counsel, respectfully gives notice that Exhibits A-D to the Amended Complaint are being manually filed on the attached thumb drives per the Court Clerk's instructions. The exhibits consist of:

1. True copies of four photographs taken at the scene showing the truck and the driver's door being blocked by a tree are attached as **Collective Exhibit A**;

2. True copies of the bodycam footage from deputies Bradshaw, Harrell, and Burnett are attached as **Collective Exhibit B**.

3. A true copy of the bodycam footage of Deputy Gomez is attached as **Exhibit C**.

4. True copies of the four scene photographs previously referenced, as well as true copies of excerpts of relevant portions of video footage from several of the deputies' body cams, accurate references to some of the contemporaneous statements made during those events, and a time counter showing the length of time Mr. Binkley was hog-tied at the scene are attached as **Exhibit D**.

Respectfully submitted this 27th day of July, 2020.

        By: s/Wayne A. Ritchie II
           WAYNE A. RITCHIE II, BPR # 013936
           JAMES R. STOVALL, BPR # 32512
           SAMANTHA I. ELLIS, BPR # 036709
           **RITCHIE, DILLARD, DAVIES &**
             **JOHNSON, P.C.**
           606 W. Main Street, Suite 300
           Post Office Box 1126
           Knoxville, TN 37901-1126
           Phone: (865) 637-0661
           Fax: (865) 524-4623
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing is being served on the parties below by hand-delivery on July 27, 2020, or as soon thereafter is practicable, to the City County Building, 400 Main Street, Knoxville, Tennessee 37902.

Knox County, Tennessee
Knox County Sheriff's Office
Knox County Sheriff Tom Spangler
James Bradshaw
Corey Campbell
Paul Burnett
Clay Harrell
Zach Doss
Shane May
Gavin Bales
Christian Gomez
Nathan Stachey
Dennis Sosville
Dustin Farmer
Denife Jones
Bradley Finley
Joshua Bower

                                                s/Wayne A. Ritchie, II
                                                WAYNE A. RITCHIE, II