IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANN LEDFORD, individually and as next friend and mother of Johnathan Binkley, deceased.<br><br>Plaintiff,<br><br>v.<br><br>KNOX COUNTY, TENNESSEE: KNOX COUNTY SHERIFF'S OFFICE; KNOX COUNTY SHERIFF TOM SPANGLER, individually and in his official capacity; JAMES BRADSHAW, COREY CAMPBELL, PAUL BURNETT, CLAY HARRELL, ZACH DOSS, CHADWICH SHANE MAY, GAVIN BALES, CHRISTIAN GOMEZ, NATHAN STACHEY, DENNIS SOSVILLE, DUSTIN FARMER, DENIFE JONES, BRADLEY FINLEY, JOSHUA BOWERS, AND JOH DOES I-X, individually and in their official capacities,<br><br>Defendants. | Case No. 3:20-CV-325 |

## NOTICE OF APPEARANCE

Comes now David S. Wigler, Deputy Law Director in the Knox County Law Director's Office, and enters an appearance in the above-styled case for Knox County, Tennessee and all individual defendants who have been identified by name and served with process.

Respectfully submitted this the 4th day of August, 2020.

*/s/ David S. Wigler*
DAVID S. WIGLER  (BPR # 014525)
Deputy Knox County Law Director
400 Main Street, Suite 612
Knoxville, TN   37902
(865)  215-2327

## CERTIFICATE OF SERVICE

    I certify that on the date above written a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                *s/David S. Wigler*
                DAVID S. WIGLER