# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| ANN LEDFORD, individually and as next friend and mother of Johnathan Binkley, deceased. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | : | Case No. 3:20-CV-325 |
| | ) | |
| KNOX COUNTY, TENNESSEE: KNOX COUNTY SHERIFF'S OFFICE; KNOX COUNTY SHERIFF TOM SPANGLER, individually and in his official capacity; JAMES BRADSHAW, COREY CAMPBELL, PAUL BURNETT, CLAY HARRELL, ZACH DOSS, CHADWICH SHANE MAY, GAVIN BALES, CHRISTIAN GOMEZ, NATHAN STACHEY, DENNIS SOSVILLE, DUSTIN FARMER, DENIFE JONES, BRADLEY FINLEY, JOSHUA BOWERS, AND JOHN DOES I-X, individually and in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Corker / Guyton |
| Defendants. | ) | |

## STIPULATION

The parties, through counsel and in accordance with LR 12.1, respectfully advise that they stipulate that Defendants shall have a 21-day extension of time, through and until October 19, 2020, to respond to Plaintiff's Amended Complaint [Doc. 6].

Respectfully submitted this the 28th day of September, 2020.

/s/ David S. Wigler
DAVID S. WIGLER  (BPR # 014525)
Deputy Knox County Law Director
Attorney for Defendants
400 Main Street, Suite 612
Knoxville, TN   37902
Telephone: (865)  215-2327

/s/Wayne A. Ritchie II
WAYNE A. RITCHIE II, BPR No. 013936
Ritchie, Dillard, Davies & Johnson, P.C.
606 W. Main St., Suite 300
Knoxville, TN 37902
Telephone: (865) 637-0661