UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ANN LEDFORD, ) | |
| ) | |
| Plaintiff, ) | 3:20-cv-00325-DCLC-HBG |
| ) | |
| vs. ) | |
| ) | |
| KNOX COUNTY, TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff has filed a motion for the voluntary dismissal of Defendant Sheriff Tom Spangler ("Sheriff Spangler") as a named party in this case, without prejudice [Doc. 31]. Considering that Sheriff Spangler has not filed a responsive pleading and does not oppose voluntary dismissal, Plaintiff's motion is well-taken and **GRANTED**. Accordingly, it is hereby **ORDERED** that any and all claims against Sheriff Spangler are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge