





Case 3:20-cv-00325-DCLC-HBG   Document 37-2   Filed 12/28/20   Page 3 of 13   PageID #: 441









20-cv-00325-DCLC-HBG   Document 37-2   Filed 12/28/20   Page 7 of 13   P
445



cv-00325-DCLC-HBG   Document 37-2   Filed 12/28/20   Page 8 of 13
446





0-cv-00325-DCLC-HBG   Document 37-2   Filed 12/28/20   Page 10 of 13
448





