

6TH JUDICIAL DISTRICT • KNOX COUNTY, TENNESSEE

# CHARME P. ALLEN
## OFFICE of the DISTRICT ATTORNEY GENERAL

P.O. BOX 1468 • KNOXVILLE, TN 37901-1468
PHONE 865.215.2515 • FAX 865.215.4253 • WEBSITE KNOXCOUNTY.ORG/DAG

July 2, 2020

Inv. Robert Cook
Knoxville Police Department

RE: In custody death = July 27, 2019, 5030 Brownlow Road, Knoxville, TN

KCSO Dep. James Bradshaw (one of first officers on scene)
KCSO Dep. Corey Campbell (one of first officers on scene)
KCSO Dep. Paul Burnett (one of first officers on scene and trainee under Corey Campbell)
KCSO Dep. Clay Harrell (one of first officers on scene)
KCSO Dep. Zach Doss (one of first officers on scene and trainee under Clay Harrell)
KCSO Dep. Shane May (one of first officers on scene)
KCSO Dep. Gavin Bales (one of first officers on scene and trainee under Shane May)
KCSO Dep. Christian Gomez (second group of officers on scene)
KCSO Dep. Nathan Stachey (second group of officers on scene)
KCSO Dep. Dennis Sosville (second group of officers on scene and trainee under Nathan Stachey)
KCSO Dep. Dustin Farmer (second group of officers on scene)
KCSO Dep. Denife Jones (second group of officers on scene)
KCSO Dep. Bradley Finley (second group of officers on scene)

**Subject: Johnathan Reed Binkley**

Dear Inv. Robert Cook:

I have had the opportunity to review the case file in the above referenced in-custody death. I have reviewed all the relevant reports, transcripts, statements, photographs, videos and evidence collected by the investigating agencies. Upon my review, I conclude that the above referenced officer's actions were lawful, and I am closing this investigation.

Sincerely,

Charme P. Allen
District Attorney General

cc: Knoxville Police Chief Eve Thomas
    Knox County Medical Examiner Dr. Christopher Lochmuller
    Knox County Sheriff Tom Spangler