# INCIDENT REPORT
**KNOXVILLE POLICE DEPT**
800 HOWARD BAKER JR AVE
KNOXVILLE, TN 37915
865-215-7000

SEXUAL ASSAULT OFFENSE: ☐  INCIDENT LEVEL: RP  MULTI AGENCY: ☐  JUVENILE: ☐

REPORT NUMBER: 19-030942
ORI#: TN0470100
DATE FROM: 07/27/2019  TIME: 21:45
DATE TO: 07/27/2019  TIME: 23:50
REPORTED DATE: 07/27/2019  TIME: 23:59

## ADMIN
- **LOCATION:** Brownlow Rd Knoxville, TN 37938
- **BRIEF DESCRIPTION OF INCIDENT:** Medical Investigation - Binkley, Johnathan
- **OFFENSE TRACT:** 1
- **DISPOSITION:** NOT CLEARED
- **CASE STATUS:** 3
- **EXCEPTIONAL CLEARANCE CODE:**
- **EXC CLEAR DATE:**
- **INVESTIGATED BY OUTSIDE AGENCY:**

## OFFENSE
- **UCR CODE:** 91Z
- **OFFENSE:** 91Z Medical Investigation
- **DEPT CODE:** 91Z-10
- **RELATED TO TCA#:**
- **COUNTS:** 1
- **F/M:**
- **BIAS MOTIVATION:** 88
- **PREMISE TYPE:** 50
- **TYPE OF RESIDENCE:**
- **OFFENSE STATUS:**
- **COMPLETED:** ☑
- **OFFENDER USED:** ☐ ALCOHOL ☑ DRUGS ☐ COMPUTER
- **BURGLARY ONLY:** ☐
- **FORCED ENTRY:**
- **HOSTAGE INVOLVED?:** ☐
- **ALARM STATUS:**
- **NO OF PREMISES ENTERED:**
- **POINT OF ENTRY 1.** 2. 3.
- **INSTRUMENT USED:** 1. 2. 3.
- **CRIMINAL ACTIVITIES:** 1. 2. 3.
- **EVIDENCE AT SCENE:** 1. 2. 3.
- **WEAPON/FORCE INVOLVED:** 1. 2. 3.
- **ACTS INVOLVED?** 1. 2. 3.
- ☐ CARGO THEFT  ☑ DRUG RELATED  ☐ IDENTITY THEFT

## VICTIM
- **NAME:** Binkley, Johnathan R
- **STATEMENT:** ☐
- **HOME:** Unknown
- **CELL:**
- **ADDRESS:** 6118 Cateland Ln Powell, TN 37849-5605
- **WORK:**
- **EMAIL:**
- **DOB:** 11/1/1983
- **AGE:** 35
- **TO AGE:**
- **RACE:** W
- **SEX:** M
- **RESIDENT:** RESIDENT
- **ETHNICITY:** N
- **SSN:** 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
- **EYE COLOR:** 2
- **HAIR COLOR:** 3
- **HEIGHT:** 600
- **WEIGHT:** 260
- **DLN:** 095260047
- **STATE:** TN
- **EMPLOYER:**
- **VICTIM TYPE:** PERSON/INDIVIDUAL
- **VICTIM IS COMPLAINANT:** ☐
- **AGG ASSAULT 1:**
- **AGG ASSAULT 2:**
- **JUST HOM CIRCUM:**
- **VICTIM IS:** ☐ OFFICER  ☐ STUDENT
- **SCHOOL NAME:**
- **OCCURRED ON CAMPUS:** ☐
- **DOMESTIC VIOLENCE:** ☐
- **TRANSPORTED TO SAFE PLACE:**
- **INJURIES (UP TO FIVE):** ☐ NONE ☐ MINOR ☐ INTERNAL ☐ TEETH ☐ UNCONSCIOUS ☐ LACERATIONS ☐ BONES ☐ OTHER
- **RELATED OFFENSES:** 1. 91Z
- **RELATION OF VICTIM TO OFFENDER(S):**
- **SMTS:**
- **LEOKA TYPE:**
- **LEOKA VEHICLE:**
- **LEOKA ACTIVITY:**

## SUSPECT
- **NAME:** Unknown
- **MONIKER:**
- **ARRESTED?:** ☐
- **HOME:**
- **ADDRESS:**
- **CELL:**
- **WORK:**
- **DOB:**
- **AGE:** 00
- **TO AGE:**
- **RACE:** U
- **SEX:** U
- **RESIDENT:**
- **ETHNICITY:** U
- **SSN:**
- **EYE COLOR:**
- **HAIR COLOR:**
- **FACIAL HAIR:**
- **HEIGHT:**
- **WEIGHT:**
- **DLN:**
- **STATE:**
- **CLOTHING:**
- **GANG NAME/AFFILIATION:** Unknown
- **SMTS:**
- **RELATED OFFENSES:** 1. 91Z

- **REPORTING OFFICER:** 2025 Cook
- **PARTNER:**
- **REVIEWING OFFICER:** 2037 Loveday, Kyle
- **REVIEW DATE:** 08/13/2019

# PROPERTY/VEHICLE/DRUG
## KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| MAKE | | MODEL | | SERIAL | COLOR | QTY | VALUE |
| RECOVERED VALUE | DATE RECOVERED | | NCIC # | ENTERED BY | | RELATED TO | |
| INSURANCE CARRIER | | ADDRESS | | | PHONE | | IF ARSON OCCURRED? ☐ |

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| MAKE | | MODEL | | SERIAL | COLOR | QTY | VALUE |
| RECOVERED VALUE | DATE RECOVERED | | NCIC # | ENTERED BY | | RELATED TO | |
| INSURANCE CARRIER | | ADDRESS | | | PHONE | | IF ARSON OCCURRED? ☐ |

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| MAKE | | MODEL | | SERIAL | COLOR | QTY | VALUE |
| RECOVERED VALUE | DATE RECOVERED | | NCIC # | ENTERED BY | | RELATED TO | |
| INSURANCE CARRIER | | ADDRESS | | | PHONE | | IF ARSON OCCURRED? ☐ |

## VEHICLE

| LICENSE PLATE | STATE | TYPE | MAKE | MODEL | VIN |
|---|---|---|---|---|---|
| 38D616 | TN | Pickup | Dodge | Ram 1500 PU | 1D7HA16N6ZJZ51861 |
| YEAR | STYLE | COLOR: Green | DESCRIPTION | STATUS | RECOVERED PARTS ☐ |
| RECOVERED DATE | NCIC CLEARANCE | RECOVERED LOCATION | RECOVERED BY | STORED AT | |
| RELEASE DATE | RELEASED TO | RELEASED LOCATION | RELEASED BY | RELATED TO | |

## VEHICLE

| LICENSE PLATE | STATE | TYPE | MAKE | MODEL | VIN |
|---|---|---|---|---|---|
| | | | | | |
| YEAR | STYLE | COLOR | DESCRIPTION | STATUS | RECOVERED PARTS ☐ |
| RECOVERED DATE | NCIC CLEARANCE | RECOVERED LOCATION | RECOVERED BY | STORED AT | |
| RELEASE DATE | RELEASED TO | RELEASED LOCATION | RELEASED BY | RELATED TO | |

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|
| LOCATION | | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|
| LOCATION | | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|
| LOCATION | | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|
| LOCATION | | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

# OFFENSES/OTHER PERSONS
## KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

### OFFENSE 1
| UCR CODE | OFFENSE | DEPT CODE | RELATED TO TCA# | COUNTS | F/M |
|---|---|---|---|---|---|
| | | | | | |

- BIAS MOTIVATION:
- PREMISE TYPE:
- TYPE OF RESIDENCE:
- OFFENSE STATUS: ☐ COMPLETED
- OFFENDER USED: ☐ ALCOHOL ☐ DRUGS ☐ COMPUTER
- BURGLARY ONLY ☐
- FORCED ENTRY:
- HOSTAGE INVOLVED? ☐
- ALARM STATUS:
- NO OF PREMISES ENTERED:
- POINT OF ENTRY 1. 2. 3.
- INSTRUMENT USED: 1. 2. 3.
- CRIMINAL ACTIVITIES 1. 2. 3.
- EVIDENCE AT SCENE 1. 2. 3.
- WEAPON/FORCE INVOLVED: 1. 2. 3.
- ACTS INVOLVED? 1. 2. 3.
- ☐ CARGO THEFT ☐ DRUG RELATED ☐ IDENTITY THEFT

### OFFENSE 2
(same blank structure as OFFENSE 1)

### OFFENSE 3
(same blank structure as OFFENSE 1)

### OFFENSE 4
(same blank structure as OFFENSE 1)

---

### OTHERS

**INVOLVEMENT TYPE:** COMPLAINA[NT]
- NAME: Department, Knox County
- MONIKER: Sheriff
- HOME PHONE: 865-215-2444
- ADDRESS: 400 Main St Knoxville, TN 37915
- WORK PHONE:
- ☐ STATEMENT
- EMAIL:
- DOB:
- SSN:
- CELL PHONE:

**INVOLVEMENT TYPE:** WITNESS
- NAME: Jordan, Maranda M
- MONIKER:
- HOME PHONE: Unknown
- ADDRESS: 3503 Stewart Run Way Powell, TN 37849-5539
- WORK PHONE:
- ☐ STATEMENT
- EMAIL:
- DOB: 6/11/1985
- SSN: 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
- CELL PHONE:

**INVOLVEMENT TYPE:** OFFICER
- NAME: BRADSHAW, JAMES
- MONIKER:
- HOME PHONE:
- ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902
- WORK PHONE:
- ☐ STATEMENT
- EMAIL:
- DOB:
- SSN:
- CELL PHONE:

**INVOLVEMENT TYPE:** OFFICER
- NAME: BURNETT, PAUL
- MONIKER:
- HOME PHONE:
- ADDRESS: 400 W MAIN STREET Knoxville, TN 37902
- WORK PHONE:
- ☐ STATEMENT
- EMAIL:
- DOB:
- SSN:
- CELL PHONE:

**INVOLVEMENT TYPE:** OFFICER
- NAME: HARRELL, CLAY
- MONIKER:
- HOME PHONE:
- ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902
- WORK PHONE:
- ☐ STATEMENT
- EMAIL:
- DOB:
- SSN:
- CELL PHONE:

# OFFENSES/OTHER PERSONS
## KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

### OFFENSE 1
| UCR CODE | OFFENSE | DEPT CODE | RELATED TO TCA# | COUNTS | F/M |
|---|---|---|---|---|---|
| | | | | | |

| BIAS MOTIVATION | PREMISE TYPE | TYPE OF RESIDENCE | OFFENSE STATUS | ☐ COMPLETED | OFFENDER USED | ☐ ALCOHOL ☐ DRUGS ☐ COMPUTER |
|---|---|---|---|---|---|---|
| | | | | | | |

| BURGLARY ONLY ☐ | FORCED ENTRY | HOSTAGE INVOLVED? ☐ | ALARM STATUS | NO OF PREMISES ENTERED | POINT OF ENTRY 1. 2. 3. |
|---|---|---|---|---|---|
| | | | | | |

| INSTRUMENT USED: 1. 2. 3. | CRIMINAL ACTIVITIES 1. 2. 3. | EVIDENCE AT SCENE 1. 2. 3. |
|---|---|---|
| | | |

| WEAPON/FORCE INVOLVED: 1. 2. 3. | ACTS INVOLVED? 1. 2. 3. | ☐ CARGO THEFT | ☐ DRUG RELATED | IDENTITY THEFT |
|---|---|---|---|---|
| | | | | |

### OFFENSE 2
(same structure, blank)

### OFFENSE 3
(same structure, blank)

### OFFENSE 4
(same structure, blank)

### OTHERS

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | BALES, GALVIN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | FARMER, DUSTIN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | FINLEY, BRADLEY | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | JONES, DENIFE | | |
| | ADDRESS: 400 W MAIN STREET 667 Knoxville, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | MAY, CHADWICK | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

# OFFENSES/OTHER PERSONS
## KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

### OFFENSE 1
| UCR CODE | OFFENSE | DEPT CODE | RELATED TO TCA# | COUNTS | F/M |
|---|---|---|---|---|---|
| | | | | | |

| BIAS MOTIVATION | PREMISE TYPE | TYPE OF RESIDENCE | OFFENSE STATUS | ☐ COMPLETED | OFFENDER USED | ☐ ALCOHOL ☐ DRUGS ☐ COMPUTER |
|---|---|---|---|---|---|---|

BURGLARY ONLY ☐ | FORCED ENTRY | HOSTAGE INVOLVED? ☐ | ALARM STATUS | NO OF PREMISES ENTERED | POINT OF ENTRY 1. 2. 3

INSTRUMENT USED: 1. 2. 3 | CRIMINAL ACTIVITIES 1. 2. 3 | EVIDENCE AT SCENE 1. 2. 3

WEAPON/FORCE INVOLVED: 1. 2. 3 | ACTS INVOLVED? 1. 2. 3 | ☐ CARGO THEFT | ☐ DRUG RELATED | IDENTITY THEFT

### OFFENSE 2
(same empty structure)

### OFFENSE 3
(same empty structure)

### OFFENSE 4
(same empty structure)

---

### OTHERS

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | BALES, GALVIN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | FARMER, DUSTIN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | FINLEY, BRADLEY | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | JONES, DENIFE | | |
| | ADDRESS: 400 W MAIN STREET 667 Knoxville, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | MAY, CHADWICK | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

# OFFENSES/OTHER PERSONS
## KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

## OFFENSE

| UCR CODE | OFFENSE | | | | DEPT CODE | RELATED TO TCA# | COUNTS | F/M |
|---|---|---|---|---|---|---|---|---|
| BIAS MOTIVATION | PREMISE TYPE | TYPE OF RESIDENCE | OFFENSE STATUS | ☐ COMPLETED | OFFENDER USED | ☐ ALCOHOL ☐ DRUGS ☐ COMPUTER | | |
| BURGLARY ONLY ☐ | FORCED ENTRY | HOSTAGE INVOLVED? ☐ | ALARM STATUS | | NO OF PREMISES ENTERED | POINT OF ENTRY 1. | 2. | 3. |
| INSTRUMENT USED: | 1. | 2. | 3. | CRIMINAL ACTIVITIES 1. | 2. | 3. | EVIDENCE AT SCENE 1. 2. 3. | |
| WEAPON/ FORCE INVOLVED: | 1. | 2. | 3. | ACTS INVOLVED? 1. | 2. | 3. | ☐ CARGO THEFT | ☐ DRUG RELATED | IDENTITY THEFT |

(Offense block repeated 4 times, all blank)

## OTHERS

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | SOSVILLE, DENNIS | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | DOSS, ZACHARY | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | CAMPBELL, CORY | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | GOMEZ, CHIRSTIAN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|
| OFFICER | STACHEY, NATHAN | | |
| | ADDRESS: 400 W MAIN STREET KNOXVILLE, TN 37902 | | WORK PHONE |
| ☐ STATEMENT | EMAIL | DOB | SSN | CELL PHONE |

| ADDITIONAL NARRATIVE | REPORT NUMBER: 19-030942 |
| KNOXVILLE POLICE DEPT | ORI# TN0470100 |

**NARRATIVE TITLE**
Report Narrative

**Title: Report Narrative**
On 07/27/2019 at 22:08 hours, Officer Cook (2025) responded to a Medical Investigation at Brownlow Rd. Upon arrival the deceased, Johnathan Binkley, was observed lying on the ground. Case notes to follow in supplement report.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |

Title: SUPPLEMENT

On 07/27/2019, at about 22:30 hours, I, Inv. R. Cook responded to 5303 Brownlow Road for an in-custody death. Upon my arrival I was advised by Knox County Major Crimes Lt. Sanders that the deceased, Johnathan Binkley (here after referred to as Binkley), had died while in custody of patrol. Lt. Sanders advised me that Officer J. Bradshaw had observed Binkley and the witness, Maranda Jordan (here after referred to as Jordan), in a green Dodge Ram backed into a parking spot at Sterchi Hills Park around 21:40 hours. Bradshaw stated that due to the park being closed because it was dark, he decided to investigate who was inside the truck. As Bradshaw was approaching the truck, Binkley fled in the vehicle. The pursuit stretched over several miles and finally ended when Binkley got the truck stuck on Brownlow road at 22:08 hours. Lt. Sanders advised me that Binkley resisted patrol's efforts to take him into custody. After placing Binkley in custody, Binkley became unresponsive so patrol administered two doses of Narcan. After the Narcan doses did not appear to affect Binkley's unresponsiveness, patrol began chest comparisons and CPR until KFD and AMR arrived on scene. Lt. Sanders advised me that Jordan was currently in custody due to her having two warrants. I then observed Binkley on his back on the ground. Binkley had what appeared to be dirt covering his face. It appeared that Binkley had vomited on his face and had a small amount of blood on his face. Binkley was wearing underwear, socks and a tee shirt. Binkley also had an Intraosseous infusion tube in his left shin. I then observed two marked KCSO vehicles and one marked KCSO SUV inside of an area that KCSO had taped off with caution tape. I also observed the green Dodge Ram truck with a dealer tag of 38D616 that Binkley had been driving during the pursuit up on a step incline in an open field area. Brownlow road is a dead-end road. At the end of Brownlow road, it appeared that an area had been cleared in the wood line so homes could be built. The cleared area was level at the bottom and then curved to left and then had an uphill grade. The Dodge that Binkley had been driving appeared to be stuck on top of a tree stump. The driver side door of the truck had a tree next to it that made it difficult to open the driver's door. The passenger door of the truck was open. Inside of the truck I observed several hypodermic needles along with several spoons, both of which are common items used with intravenous drug users. I also observed blood on the top part of the steering wheel and some other small amounts of blood in the seat. Medical examiner investigator Megan Sharp processed Binkley's body and Knoxville Crime lab tech John Burke arrived and photographed the scene. I asked that Jordan be transported to Knoxville Police Headquarters to be interviewed. I was provided with a list of KCSO officers that were involved in the pursuit or after the pursuit and helped with Binkley. I was then informed that all of the officers wished to provide a statement about what occurred. Detective Claybough and Lt. Sanders "shadowed" myself and Inv. Whillock during the interviews of officers. I was informed that I would be receiving all video from in car videos and all body cameras videos of each officer involved. I was also provided with "officer statements" from C. Harrell, J. Bradshaw and C. Campbell, and copies of these will be placed in the file. These three officers and two officers in training were the ones that removed Jordan and Binkley from the truck.

Following is a list of all officers and their arrival times.
J. Bradshaw 22:08 hours.
C. Campbell is the training officer for P. Burnett who is an officer in training; both arrived at 22:08
C. Harrell is the training officer for Z. Doss who is an officer in training; both arrived at 22:08 hours
S. May is the training officer for G. Bales who is an officer in training; both arrived at 22:08 hours
C. Gomez 22:09 hours
N. Stachey is the training officer for D. Sosville who is an officer in training; both arrived at 22:09 hours
D. Farmer 22:09 hours

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |

**ADDITIONAL NARRATIVE**
KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942

ORI# TN0470100

NARRATIVE TITLE
SUPPLEMENT

D. Jones 22:09 hours
B. Finley 22:09 hours

The list starts with three officers and two training officers that were actually the first ones that removed Binkley from the truck. The rest of the officers arrived after Binkley was out of the truck.

Interview with Bradshaw began at 44:18 seconds into the recording.

Bradshaw was the officer that first attempted to make contact at the park. Bradshaw stated that he observed the truck backed in at Sterchi Hills Park. Bradshaw stated that he decided to investigate why the truck was there after dark when the park was closed. Bradshaw stated that as he was approaching the truck, he observed Jordan making movements inside of the truck. Bradshaw stated that he announced "Knox County Sheriff's Office". Bradshaw stated that Binkley stated "Can I help you?," then fled in the vehicle before Bradshaw could come in contact with him. Bradshaw stated that after the vehicle pursuit ended, he approached the driver's side of the truck. Bradshaw stated that Officer Harrell approached the passenger side of the truck and was helping take control of Jordan. After Officer Harrell "passed" Jordan off to another officer, Bradshaw stated that Harrell entered the passenger side of the truck. Bradshaw stated that while officer Harrell was apprehending Jordan, he was attempting to remove Binkley from the vehicle, but Binkley was resisting his efforts. Bradshaw stated that Binkley was grabbing his hands and arms and pulling him inside of the truck. Bradshaw stated that at one-point Binkley stopped pulling at him and began resisting Harrell inside of the truck. Bradshaw stated another officer arrived and they were able to extract Brinkley through the driver's side window. Bradshaw stated that the driver's door was blocked by a tree and that is why they had to pull Binlewy out of the window. Once Binkley was outside of the truck, he continued to resist their efforts to place him in handcuffs. Bradshaw stated that after Binkley was placed in handcuffs, he continued to be combative by kicking officers. Bradshaw stated that once other officers arrived, they carried Binkley down the incline and placed him on the ground. Bradshaw stated that he stayed and conducted an inventory search the truck. Bradshaw stated that while doing so, he observed officers begin CPR on Binkley.

Officer Harrell stated that he approached the truck from the passenger side. Harrell stated that he and another officer removed Jordan from the passenger side of the truck. Harrell stated that once she was removed and placed on the ground, he entered the passenger side in an attempt to turn the truck off from running. Harrell stated that Bradshaw and Officer Campbell were attempting to pull Binkley through the driver side window while he was reaching for the ignition. Harrell stated that Binkley was actively resisting Bradshaw and Campbell. Harrell stated that at one-point Binkley pulled away from other officers and began to physically assault him. Harrell stated that he did strike Binkley in his right side and struck Binkley in the face during their physical altercation. Harrell stated that Bradshaw and Campbell were able to grab a hold of Binkley and pull him through the window while he pushed Binkley from the side. Once outside the vehicle Harrell stated that Binkley refused to comply with verbal commands and continued to be combative. Harrell stated that once other officers arrived they carried Binkley down the incline, and then they administered Narcan and CPR when Binkley became unresponsive.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |
| --- | --- | --- |
| | | |

**ADDITIONAL NARRATIVE**
KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

NARRATIVE TITLE
SUPPLEMENT

Officer Campbell, Burnett, and Doss were also of the first officers that approached the truck when he stopped and they articulated the same account of what occurred.

All other officers that arrived did so after Binkley was outside of the truck and stated the following upon their arrival: Officers stated that Binkley was being non-compliant with verbal commands after he was pulled out of the truck by keeping his hands under his chest while he was face down on the ground. Officers stated that Binkley was actively resisting in their attempts to place Binkley in handcuffs. Officers stated that once Binkley was handcuffed, they stood Binkley up onto his feet and ordered him to walk down the incline. Officers stated that Binkley refused to walk on his own, so all seven of them had to physically carry Binkley down the hill. Officers described how they carried Binkley by stating that they each got to the right and left of Binkley and then interlocked their hands across Binlekys body and carried him down the hill. Once down the hill, they placed Binkley facedown with his hands handcuffed behind his back. Officers stated that Binkley began kicking at officers and kicked one of them in shin. Officers stated that at that point the decision was made to place shackles around Binkley's feet. Officers stated that after shackling Binkley's feet, Binkley began striking his head against the ground. One of the officers stated that they knelt down and attempted to place his hand under Binkleys face to stop him from striking his face on the ground. Officers stated that Binkley had appeared to have calmed down enough so that he provided his name to them. Officers then noticed that Brinkley's breathing appeared to slow, so they began checking for a pulse. One of the officers stated that Jordan stated that she and Brinkley had been using heroin. At that point they removed the shackles from around Binkley's feet and rolled him onto his side and administered one dose of their departmental issued 4mg Narcan Nasal Spray at 22:24 hours. Officers stated that they then waited for two minutes, until 22:46 hours (KCSO were trained to wait two minutes after giving the first dose of Narcan and if no change in behavior to administer another dose) and administered another dose of Narcan. Officers stated that when Binkley did not become responsive, they began to conduct CPR at 22:27 hours. Several officers did chest compressions while others provided breath into Binkley. Officers performed CPR until KFD and AMR arrived on scene.

I was provided with a crime scene log. A copy of this will be placed in the file. A copy of the tow-in for the truck will also be placed in the file.

I, along with Detective Clabough, interviewed Jordan at Knoxville Police department. Following is brief synopsis of that interview and a copy of the interview will be placed in the file.

Jordan stated that she and Binkley had been living inside the Dodge Ram for about 4 months. Jordan stated that she and Binkley had purchased 2 points of heroin around 14:00 hours. Jordan stated that she snorted the heroin and Binkley used a needle for the heroin. Jordan stated that they arrived at the

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |
| --- | --- | --- |
|  |  |  |

ADDITIONAL NARRATIVE
KNOXVILLE POLICE DEPT
REPORT NUMBER: 19-030942
ORI# TN0470100

NARRATIVE TITLE
SUPPLEMENT

park sometime before dark. Jordan stated that Binkley backed the ruck into a parking spot. Jordan stated that they observed an officer drive by and then stop. Jordan stated that as the officer was approaching their truck, Binkley stated "I can't go back to jail" and sped off in the truck. Jordan stated that as they were fleeing from police, she asked Binkley to stop. Jordan stated that after the truck was stopped, officers approached and pulled her out of the truck and placed her on the ground. Jordan stated that while she was on the ground, she could hear Binkley screaming and observed the truck swaying back and forth. At first Jordan stated that she could not understand what Binkley was screaming, but later stated that he was screaming for help. Jordan stated that she watched officers carry Binkley down the hill and place him on the ground. Jordan stated that she observed Binkley banging his head on the ground and continue to scream. Jordan stated that she then observed officers administer Binkley Narcan and then begin doing CPR. Jordan stated that Binkley was acting "normal" prior to the pursuit. Jordan also stated that Binkley had overdosed before. At no time did Jordan say that officers mistreated Binkley during the interview.

On 07/28/2019, I attending the autopsy for Binkley. The autopsy was conducted by Dr. Lockmullher. I observed Binkley to have a cut above his left and right eye that may have been from the steering wheel of the truck. Binkley had a few other abrasions on his face and body. Dr. Luckmuhller stated that Binkley had two broken ribs that may have come from CPR or the vehicle wreck. After the autopsy was complete, Dr. Lockmuhller stated the manner of death was excited delirium mixed with heart disease and heroin. Dr. Lockmuhller stated that Binkley had no trauma that would have caused his death. A copy of the autopsy will be included in the file.

On 07/28/2019, I spoke with Binkley's mother. I advised her of the preliminary autopsy findings. I advised her that it appeared that Binkley passed away from excited delirium mixed with heart disease and heroin. She advised that she was a nurse and understood.

On 07/29/2019, I received a phone call from Brad Hall with the KCSO. Hall advised that due to the entire city wide system being down, they were unable to retrieve the video footage.

On 07/29/2019, I received several emails with the link to view the body camera footage from the officers. I also received an email with all of the video footage already downloaded. I was able to open one of the emails for Officer Bruce. I was then unable to open any others.

On 07/30/2019, the emails were then forwarded to Julia Small is the Technology Unit supervisor for KPD in hopes that she would be able to get them to open. I was later informed that KPD server had a firewall that would not allow us to open the links.

On 07/30/2019, I received a copy of the pursuit report and work sheet from KCSO on the day of the

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |
| --- | --- | --- |
| | | |

incident. I also received an email containing a copy of all videos from officer's body cameras.

On 07/31/2019, Captain Yarnell with the KCSO hand delivered a copy of all of the videos.

This is a list of officers with their body camera video footage.
Sosville=3 files
Bales=3 files
Hummle=1 file
Finey=2 files
Jones=1 file
Mays 1 of 2=2 file Mays 2 of 2=1 file
Famer=3 files
Bruce=2 files
Bowers=1 file
Gomez=1 file
Stachey=1 file
Harrell=1 file
Bradshaw=1 file
Campbell=2 files
Burnett=1 file
Doss=1 file

Following is a brief synopsis of what I observed on all of the body camera footage provided to me by KCSO.

The videos began during the vehicle pursuit. The pursuit ended when the vehicle that Binkley was driving became stuck on a tree stump. I observed officers approaching the vehicle from the passenger and driver's side. Officers were verbally telling both Binkley and Jordan to show their hands. I observed officers removing Jordan from the passenger side of the vehicle and placing her on the ground. I observed officers approaching the driver side and giving verbal commands for Binkley to show them his hands. I could see Binkley placed his hands outside of the driver's side window. Officers were unable to open the driver's side door because a small tree sapling was pinned against the driver's door. As officers were attempting to extract Binkley from the driver's window, Binkley was not complying with their commands to crawl out of the window. Officer Harrell had entered the truck through the passenger side and was giving verbal commands telling Binkley to exit the truck. At that point it appeared that Binkley turned to face Officer Harrell and Officer Harrell struck Binkley in the right side of his body with a closed fist. I then heard and observed Binkley began to become combative towards officers by refusing to follow their commands. During this time, officers Harrell and Bradshaw and Campbell were all trying to remove Binkley from the vehicle. Once Binkley became combative a very brief physical altercation occurred between officers and Binkley. Officers did strike Binkley with closed fists in an attempt to stop Binkley from being combative. During the altercation, Binkley began

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |

**ADDITIONAL NARRATIVE**
KNOXVILLE POLICE DEPT

REPORT NUMBER: 19-030942
ORI# TN0470100

NARRATIVE TITLE
SUPPLEMENT

screaming incoherently. After the brief physical altercation, officers were able to gain control of Binkley's arms and began extracting Binkley through the driver's side window. Officer Harrell was still inside the vehicle and was pushing Binkley. Once officers were able to extract Binkley from the vehicle, Binkley was placed onto the ground and handcuffed with his hands behind his back. Binkley was still screaming incoherently and attempting to grab the hands of officers. Several officers advised Binkley to stand up and walk down the hill. At one point officers stood Binkley up, but Binkley refused to walk and fell back down to the ground. Officers, again, attempted to stand Binkley up and again Binkley refused to walk. At that point officers attempted to carry Binkley, but Binkley began kicking at the officers. Binkley was placed back on the ground and he continued to kick at the officers and one officer struck Binkley twice in the side of his body by using his knee. Other officers joined and all of them and then interlocked their fingers around Binkley and carried him down the incline and placed Binkley face down on the ground. Binkley continued to scream incoherently and roll from one side to the other. Officers decided to stop Binkley from kicking and rolling around and so they would place leg cuffs around his ankles to further secure him. As officers were attempting to place the leg cuffs around his ankles, Binkley again began kicking at them. Once the leg cuffs were on Binkley, he continued to roll from side to side screaming. As Binkley would roll from side to side his face would scrap across the ground. While this was happening officers were advising Binkley to stop and that "it was over." One officer was then observed to have knelt down at Binkley's feet and place his knee on Brinkley's feet. Another was observed placing one of his hands on top of Binkley's head and another hand under his chin and turn his head so that Binkley could not scrap his face or strike his head on the ground. The officer holding Binkley's head could be seen and heard telling Binkley that he needed to calm down and that it was" over." Once Binkley appeared to have calmed down, officers then noticed that Binkley became unresponsive and began saying Binkley's name and patting his arm. An officer could then be heard advising another officer to "check for a pulse." After officers were unable to get a response from Binkley, an officer advised to Narcan Binkley because Jordan advised them that she and Binkley had done heroin. Officers then administered the first dose of Narcan at 22:26 hours. After administering the first dose, officers removed the leg cuffs from Binkley and rolled him onto his back. Officers waited two minutes and after Binkley's condition did not improve, they administered a second dose of Narcan at 22:28. Again, after Binkley's condition did not change officers began CPR. I observed several different officers doing chest comparisons and breathing into Binkley.

There were body camera of videos from officers Hummel, Bowers and Bruce that arrived on scene after Binkley had already been carried down the incline. These will beplaced in the file.

After viewing the videos, I called Dr. Lockmuller with the medical examiners officer just to inform him of what I observed on the videos. Dr. Luckmuller stated that based off of this information, it makes the likely hood of excited delirium even more concreate.

On 08/05/2018, I received the use of force report from KCSO Harrell. A copy of this will be placed in the file.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |
| --- | --- | --- |
|  |  |  |

| ADDITIONAL NARRATIVE | REPORT NUMBER: 19-030942 |
| KNOXVILLE POLICE DEPT | ORI# TN0470100 |

**NARRATIVE TITLE**
SUPPLEMENT

On 08/12/2019, I received the "provisional" autopsy report and autopsy photos. The final autopsy report will not be complete for a few weeks. A copy will be placed in the file.

On 08/12/2019, I also received a copy of the scene photos. A copy of these will be placed in the file.

A copy of the file will be delivered to the district attorney's office.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |