| DATE OF REPORT 07/27/2019 | TIME OF REPORT 21:40 | **KNOX COUNTY SHERIFF'S OFFICE** POST PURSUIT REPORT FORM | EVENT NUMBER 1907271982 |
|---|---|---|---|
| DATE OF PURSUIT 07/27/2019 | TIME OF PURSUIT 21:40 | NCIC ORI: TN0470000 – 400 WEST MAIN STREET – KNOXVILLE, TN 37902 | REPORTING OFFICER / IDN 015079 - BRADSHAW, JAMES |

**Provide ALL information available at time of report.**

REASON FOR INITIAL STOP ATTEMPT: ☐ TRAFFIC VIOLATION  ☐ MATCHED BOLO  ☐ SUSPECTED IMPAIRED DRIVER  ☒ SUSPICIOUS VEHICLE
☐ VEHICLE EQUIPMENT VIOLATION  ☐ OTHER / SEE NARRATIVE

| LOCATION PURSUIT INITIATED: 1145 DRY GAP RD | TIME: 21:40 | LOCATION PURSUIT TERMINATED: 5030 BROWNLOW RD | TIME: : |
|---|---|---|---|

OTHER AGENCIES INVOLVED:     ☐ KPD          ☐ THP          ☐ OTHER UNITS INVOLVED _____

| AVERAGE SPEED DURING PURSUIT: 035 | MAXIMUM SPEED DURING PURSUIT: 080 | TOTAL # OF AGENCIES INVOLVED: 01 | TRAFFIC CONDITIONS: ☐ HEAVY   ☐ MODERATE   ☒ LIGHT |
|---|---|---|---|

WEATHER:   ☐ CLOUDY   ☐ FOG   ☐ SNOW        ROAD SURFACE CONDITIONS:   ☒ DRY   ☐ MUD   ☐ ICE   ☐ SNOW   ☐ WET   ☐ OTHER
☐ RAIN   ☐ SLEET   ☐ CLEAR

LIGHT CONDITIONS:        ☐ DAWN        ☐ DAYLIGHT        ☐ DUSK        ☐ DARK (NO STREET LIGHTS)        ☒ DARK (STREET LIGHTS)

REASON FOR TERMINATION:        ☐ PURSUING OFFICER TERMINATED        ☐ LOST SUSPECT VEHICLE        ☐ SUSPECT VEHICLE STOPPED
☐ SUSPECT VEHICLE WRECKED/DISABLED   ☐ OFFICER VEHICLE WRECKED/DISABLED        ☐ SUPERVISOR TERMINATED        ☐ OTHER / SEE NARRATIVE

■ NO ARRESTS MADE          ☒ ARRESTEE          ☒ SUSPECT          ■ COMPLETE ARRESTEE INFO ON ARREST REPORT

| LAST NAME: BINKLEY | FIRST NAME: JONATHAN | M.I. REED | DOB: 11/01/1983 |
|---|---|---|---|

| SEX: ☒ MALE   ☐ FEMALE   ☐ UNK | SSN: ~~████~~ | OLN: ~~████~~ | STATE: TN |
|---|---|---|---|

| RACE: W | HGT: 600 | WGT: 285 | EYE: BRO | HAIR: BRO | SCARS/MARKS/TATTOOS: |
|---|---|---|---|---|---|

CLOTHING DESCRIPTION:

■ STOLEN  ■ RECOVERED  ■ SUSPECT          **VEHICLE**          ■ SEIZED

| VEHICLE YEAR 2002 | VEHICLE MAKE DODG | VEHICLE MODEL 1500 | VEHICLE TAG 3BD616 | STATE TN | VIN 1D7HA16N62J251861 |
|---|---|---|---|---|---|

OWNER:  ☐ SAME AS ARRESTEE        NAME: (IF NOT SAME AS ARRESTEE)

| ADDRESS: (STREET, CITY, STATE) | ZIP CODE: | HOME #: | CELL #: |
|---|---|---|---|

| VEH. COLOR TOP/BOTTOM: GREEN  GREEN | TOWING COMPANY: FOUNTAIN CITY TOWING | TOWED TO: | ☐ SAME AS TOWING COMPANY |
|---|---|---|---|

**CHARGES OR PENDING CHARGES ON DRIVER**

| CHARGE #1  5384 - FLEEING | WARRANT # | BOND $ |
|---|---|---|
| CHARGE #2  5358 - FTA/ATTACHMENT | WARRANT # | BOND $ |
| CHARGE #3  4801 - OBSTRUCTING POLICE/RESISTING ARREST | WARRANT # | BOND $ |

**NARRATIVE:** INCLUDE ROUTE OF PURSUIT, ANY INJURIES TO OFFICERS OR SUSPECTS, AND ANY ADDITIONAL INFORMATION NEEDED FOR CLARIFICATION.

On July 27, 2019, at approximately 2140 hours, I, Officer Bradshaw went out with a suspicious vehicle at 1145 Dry Gap Rd (Sterchi Hill Park). As I walked towards the vehicle, the driver/suspect (Jonathan Binkley), took off in the vehicle. Officers pursued the listed vehicle left onto Rifle Range Rd then a right onto Parkdale Dr, then suspect turned left on to Highland Dr, then a left onto pillwood, then a left on Jenkins, followed by a left on Knox Rd, then a right on Cedar Ln. Suspect then made a left onto Rockcrest Rd then a left onto Maple Rd, followed by a right onto Cedar Ln. Suspect then took a left onto North Broadway St. Officers continued pursing the suspect back into the county when the suspect turned right onto Brown Gap Rd, and then a left on Emory Rd and then a left on Highway 33, then a U turn at Andersonville Pk continuing on 33. Suspect then turned left onto Fort Sumter Rd making a U

VIDEO/AUDIO REVIEWED?   ■ YES   ■ NO

| IMMEDIATE SUPERVISOR / IDN: | SHIFT COMMANDER / IDN: |
|---|---|

turn in the yard at 5881 Fort Sumter Rd. Suspect then turn right onto daniels then immediately turning left on Brownlow Rd which is a deadend where the vehicle became stuck in the woods. Officers approached the vehicle while the suspect was trying to get it unstuck and officers pulled the passenger/Arrestee (Maranda Jordan) out of the vehicle and took her into custody. While Officer Harrell and myself were trying to get the driver/suspect out of the vehicle and the driver/suspect became aggressive, refusing to get out of the vehicle. Officers delivered closed hand strikes to the driver/suspect's upper body and head till we were able to get the suspect to exit the vehicle and comply. During the altercation and while dealing with the suspect, Officer Campbell, Officer Burnett, and myself were exposed to his blood. Officers had to physically carry the suspect back to the roadway because the suspect still was not complying and during the investigation, the suspect became unconscious. Suspect was given narcan two times along with CPR and Breaths. AMR responded, and after following their policy procedures for approximately 25 minutes, AMR announced the suspect dead. KPD arrived and took over all investigations. A records check revealed the suspect was driving on suspended license and had a warrant out of Knox County (docket #@1278329) for theft. Records also revealed that the Passenger/Arrestee had a warrant out of Monroe Co for VOP for driving on a suspended license (docket #S161426) and a warrant for the U.S Marshall's Office, for manufacturing dangerous drugs (docket#197405231893Z). Officers found 15 used syringes, a scale, and multiple small clear baggies with unknown resin in them. The vehicle was towed to Fountain City Towing. This occured in Knox County, TN.

# Knox County Sheriff's Office

# Incident Report

## Administration Information

Report Number: 1 9 0 7 2 7 1 9 8 2 0 0 0

Report Type:

Report Date: 0 7 / 2 7 / 2 0 1 9  Time: 2 1 4 0

District/Zone: 101

Address: 01145 DRY GAP RD  Apt:

Report Officer 1 - 015079 BRADSHAW,JAMES  Assign Date: 0 7 / 2 8 / 2 0 1 9

Report Officer 2- 13440 CAMPBELL,COREY  Assign Date: 0 7 / 2 8 / 2 0 1 9

Investigator 1 - 10517 CLABOUGH,KENNETH  Assign Date: 0 7 / 2 9 / 2 0 1 9

Review Date:

Investigator 2-  Assign Date:

Review Date:

Assigned By: 12320 SANDERS,STEVEN  Review Date: 0 7 / 2 9 / 2 0 1 9

UCR Status:  Status Date:

CaseStatus:  Status Date:

## Primary Offense

Offense Type: 5357 VOP (PROBATION OR PAROLE)  ☐ Attempted  ☒ Completed

Address: 01145 DRY GAP RD

City: KNOXVILLE  State: T N  Zip: -

District/Zone: 101  Location Type: 13 HIGHWAY/ROAD/ALLEY/STREET

Begin Date: 0 7 / 2 7 / 2 0 1 9  Time: 2 1 4 0

End Date: 0 7 / 2 7 / 2 0 1 9  Time: 2 1 4 0

Lighting:  Weather:  Gang Activity: N

Bias Motive: 88 NONE (NO BIAS)  Premises Enter:
☐ Force Used
☐ Home Inv

Point Entry:  Point Exit:  Means Entry:

Tools Used:  Entry Dir:  Exit Dir:

☐ B-Buying Receiving
☐ C-Cultivation/Manufacturing/Publishing
☐ D-Distributing/Selling
☐ E-Exploiting Children
☐ O-Operating/Promoting/Assisting
☐ P-Possessing/Concealing
☐ T-Transporting/Transmitting/Importing
☐ U-Using/Consuming
☐ I-Pos With Intent To Sell
☐ X-Other

☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer Equipment  ☐ Used Drugs  ☐ Prints Lifted

Weapons: 00 NONE

Comments: MONROE CO DOCKET S161426

*Report approved by Jason Lubienski on 07/28/2019*

# Knox County Sheriff's Office

190727 - 1982

## Offense

**Offense Type:** 5358   _FTA/ATTACHMENT_   ☐ Attempted   ☒ Completed

**Address:** 01145    _DRY GAP_   RD

**City:** KNOXVILLE   **State:** T N   **Zip:** 3 7 9 1 8 - 

**District/Zone:** 101   **Location Type:** 13   _HIGHWAY/ROAD/ALLEY/STREET_

**Begin Date:** 0 7 / 2 7 / 2 0 1 9   **Time:** 2 1 4 0

**End Date:** 0 7 / 2 7 / 2 0 1 9   **Time:** 2 1 4 0

**Lighting:**   **Weather:**   **Gang Activity:** N

**Bias Motive:** 88   _NONE (NO BIAS)_   **Premises Enter:**   ☐ Force Used   ☐ Home Inv

**Point Entry:**   **Point Exit:**   **Means Entry:**

**Tools Used:**   **Entry Dir:**   **Exit Dir:**

☐ B-Buying Receiving
☐ C-Cultivation/Manufacturing/Publishing
☐ D-Distributing/Selling
☐ E-Exploiting Children
☐ O-Operating/Promoting/Assisting
☐ P-Possessing/Concealing
☐ T-Transporting/Transmitting/Importing
☐ U-Using/Consuming
☐ I-Pos With Intent To Sell
☐ X-Other

☐ Consumed Alcohol   ☐ Photo/Video   ☐ Used Computer Equipment   ☐ Used Drugs   ☐ Prints Lifted

**Weapons:** 00   _NONE_

**Comments:** _US MARSHALS DOCKET #197405231893Z_

## Offense

**Offense Type:** 5358   _FTA/ATTACHMENT_   ☐ Attempted   ☒ Completed

**Address:** 01145    _DRY GAP_   RD

**City:** KNOXVILLE   **State:** T N   **Zip:** 3 7 9 1 8 - 

**District/Zone:** 101   **Location Type:** 13   _HIGHWAY/ROAD/ALLEY/STREET_

**Begin Date:** 0 7 / 2 7 / 2 0 1 9   **Time:** 2 1 4 0

**End Date:** 0 7 / 2 7 / 2 0 1 9   **Time:** 2 1 4 0

**Lighting:**   **Weather:**   **Gang Activity:** N

**Bias Motive:** 88   _NONE (NO BIAS)_   **Premises Enter:**   ☐ Force Used   ☐ Home Inv

**Point Entry:**   **Point Exit:**   **Means Entry:**

**Tools Used:**   **Entry Dir:**   **Exit Dir:**

☐ B-Buying Receiving
☐ C-Cultivation/Manufacturing/Publishing
☐ D-Distributing/Selling
☐ E-Exploiting Children
☐ O-Operating/Promoting/Assisting
☐ P-Possessing/Concealing
☐ T-Transporting/Transmitting/Importing
☐ U-Using/Consuming
☐ I-Pos With Intent To Sell
☐ X-Other

☐ Consumed Alcohol   ☐ Photo/Video   ☐ Used Computer Equipment   ☐ Used Drugs   ☐ Prints Lifted

**Weapons:** 00   _NONE_

**Comments:** _THEFT DOCKET@1278329_

# Knox County Sheriff's Office

190727 - 1982

## Offense

Offense Type: 5004   _Evading Arrest_   [X] Attempted   [ ] Completed

Address: 01145 [ ]   _DRY GAP_   RD [ ] [ ]

City: KNOXVILLE TN   State: T N   Zip: 3 7 9 1 8 - [ ][ ][ ][ ]

District/Zone: 101   Location Type: 13   _HIGHWAY/ROAD/ALLEY/STREET_

Begin Date: 0 7 / 2 7 / 2 0 1 9   Time: 2 1   4 0

End Date: 0 7 / 2 7 / 2 0 1 9   Time: 2 1   4 0

Lighting: [ ]   Weather: [ ]   Gang Activity: [ ]

Bias Motive: 88   _NONE (NO BIAS)_   Premises Enter: [ ]   [ ] Force Used   [ ] Home Inv

Point Entry: [ ]   Point Exit: [ ]   Means Entry: [ ]

Tools Used: [ ]   Entry Dir: [ ]   Exit Dir: [ ]

- [ ] B-Buying Receiving
- [ ] C-Cultivation/Manufacturing/Publishing
- [ ] D-Distributing/Selling
- [ ] E-Exploiting Children
- [ ] O-Operating/Promoting/Assisting
- [ ] P-Possessing/Concealing
- [ ] T-Transporting/Transmitting/Importing
- [ ] U-Using/Consuming
- [ ] I-Pos With Intent To Sell
- [ ] X-Other

[ ] Consumed Alcohol   [ ] Photo/Video   [ ] Used Computer Equipment   [ ] Used Drugs   [ ] Prints Lifted

Weapons: 00   _NONE_ [ ] [ ] [ ]

Comments: _DROVE OFF WHEN OFFICERS MADE CONTACT_

## Offense

Offense Type: 4801   _OBSTRUCTING POLICE/RESISTING ARREST_   [ ] Attempted   [X] Completed

Address: 01145 [ ]   _DRY GAP_   RD [ ] [ ]

City: KNOXVILLE   State: T N   Zip: 3 7 9 1 8 - [ ][ ][ ][ ]

District/Zone: 101   Location Type: 13   _HIGHWAY/ROAD/ALLEY/STREET_

Begin Date: 0 7 / 2 7 / 2 0 1 9   Time: 2 1   4 0

End Date: 0 7 / 2 7 / 2 0 1 9   Time: 2 1   4 0

Lighting: [ ]   Weather: [ ]   Gang Activity: N

Bias Motive: 88   _NONE (NO BIAS)_   Premises Enter: [ ]   [ ] Force Used   [ ] Home Inv

Point Entry: [ ]   Point Exit: [ ]   Means Entry: [ ]

Tools Used: [ ]   Entry Dir: [ ]   Exit Dir: [ ]

- [ ] B-Buying Receiving
- [ ] C-Cultivation/Manufacturing/Publishing
- [ ] D-Distributing/Selling
- [ ] E-Exploiting Children
- [ ] O-Operating/Promoting/Assisting
- [ ] P-Possessing/Concealing
- [ ] T-Transporting/Transmitting/Importing
- [ ] U-Using/Consuming
- [ ] I-Pos With Intent To Sell
- [ ] X-Other

[ ] Consumed Alcohol   [ ] Photo/Video   [ ] Used Computer Equipment   [ ] Used Drugs   [ ] Prints Lifted

Weapons: 00   _NONE_ [ ] [ ] [ ]

Comments: [ ]

# Knox County Sheriff's Office

190727 - 1982

## Offense

**Offense Type:** 5401 _DRIVING ON A SUSPENDED LICENSE_ ☐ Attempted ☒ Completed

**Address:** 01145 _DRY GAP_ RD

**City:** KNOXVILLE **State:** T N **Zip:** 3 7 9 1 8 - 

**District/Zone:** 101 **Location Type:** 13 _HIGHWAY/ROAD/ALLEY/STREET_

**Begin Date:** 0 7 / 2 7 / 2 0 1 9 **Time:** 2 1 4 0

**End Date:** 0 7 / 2 7 / 2 0 1 9 **Time:** 2 1 4 0

**Lighting:** **Weather:** **Gang Activity:** N

**Bias Motive:** 88 _NONE (NO BIAS)_ **Premises Enter:** ☐ Force Used ☐ Home Inv

**Point Entry:** **Point Exit:** **Means Entry:**

**Tools Used:** **Entry Dir:** **Exit Dir:**

- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol ☐ Photo/Video ☐ Used Computer Equipment ☐ Used Drugs ☐ Prints Lifted

**Weapons:** 00 _NONE_

**Comments:**

## Offense

**Offense Type:** 0032 _RECOVERED PROPERTY/DRUG PARAPHERNALIA (IDENTIFY)_ ☐ Attempted ☒ Completed

**Address:** 01145 _DRY GAP_ RD

**City:** KNOXVILLE **State:** T N **Zip:** 3 7 9 1 8 - 

**District/Zone:** 101 **Location Type:** 13 _HIGHWAY/ROAD/ALLEY/STREET_

**Begin Date:** 0 7 / 2 7 / 2 0 1 9 **Time:** 2 1 4 0

**End Date:** 0 7 / 2 7 / 2 0 1 9 **Time:** 2 1 4 0

**Lighting:** **Weather:** **Gang Activity:** N

**Bias Motive:** 88 _NONE (NO BIAS)_ **Premises Enter:** ☐ Force Used ☐ Home Inv

**Point Entry:** **Point Exit:** **Means Entry:**

**Tools Used:** **Entry Dir:** **Exit Dir:**

- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol ☐ Photo/Video ☐ Used Computer Equipment ☐ Used Drugs ☐ Prints Lifted

**Weapons:** 00 _NONE_

**Comments:**

# Knox County Sheriff's Office

190727 - 1982

## Person Information

[ ] Victim  [ ] Complainant  [X] Suspect  [ ] Arrestee  [ ] Witness  [ ] Prop/Veh Owner  [ ] Business

[ ] Financial  [ ] Government  [ ] Religious  [ ] Society  [ ] Other/Unknown  [ ] Custodian  [ — ]

| Field | Value |
|---|---|
| Name, Last: | BINKLEY |
| Name, First: | JONATHAN |
| MNI #- | 08 00005 6453 |
| Middle Name: | REED |
| Suffix: | |
| Social Security: | ▮▮▮ - ▮▮ - ▮▮▮▮ |
| Date of Birth: | 11 / 01 / 1983 |
| Report Age: | 035 |
| Age From: | 035 to: 035 |
| Sex: | M |
| Race: | W |
| Ethnicity: | N |
| Height/From: | 6 00 to: 6 00 |
| Weight/From: | 285 to: 285 |
| Resident Status: | |
| Eye Color: | BRO |
| Hair Color: | BRO |
| Birth Place (City): | KNOXVILLE |
| State: | TN |
| Address: | 06118 CATELAND LN 01 |
| Apt: | |
| Phone: | ( ) . |
| Hours There/From: | to: |
| City: | POWELL |
| State: | TN |
| Zip Code: | 3 7 8 4 9 - |
| Driver License: | ▮▮▮ |
| State: | TN |
| Exp Year: | 2025 |
| Juvenile | [ ] |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | ULTRA WELD |
| Address: | AMHERST RD |
| Apt: | |
| City: | KNOXVILLE |
| State: | TN |
| Zip Code: | - |
| Phone: | ( 8 6 5 ) 9 0 9 - 0 1 2 3 |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Field | Value |
|---|---|
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |

## Employer Information

**Employer's Name:** *UNEMPLOYED*

**Address:** [ ] [ ] [ ] [ ] [ ] **Apt:** [ ]

**City:** [ ] **State:** [ ] **Zip Code:** [ ] - [ ]

**Phone:** ( ) - **Hours From:** [ ] : [ ] **Hours To:** [ ] : [ ]

**Start Date:** [ ] / [ ] / [ ]

---

**Employer's Name:** *UNKNOWN*

**Address:** [ ] [ ] [ ] [ ] [ ] **Apt:** [ ]

**City:** [ ] **State:** [ ] **Zip Code:** [ ] - [ ]

**Phone:** ( ) - **Hours From:** [ ] : [ ] **Hours To:** [ ] : [ ]

**Start Date:** [ ] / [ ] / [ ]

---

**Employer's Name:** *UNKNOWN*

**Address:** [ ] [ ] [ ] [ ] [ ] **Apt:** [ ]

**City:** [ ] **State:** [ ] **Zip Code:** [ ] - [ ]

**Phone:** ( ) - **Hours From:** [ ] : [ ] **Hours To:** [ ] : [ ]

**Start Date:** [ ] / [ ] / [ ]

---

**Employer's Name:** [ ]

**Address:** [ ] [ ] [ ] [ ] [ ] **Apt:** [ ]

**City:** [ ] **State:** [ ] **Zip Code:** [ ] - [ ]

**Phone:** ( ) - **Hours From:** [ ] : [ ] **Hours To:** [ ] : [ ]

**Start Date:** [ ] / [ ] / [ ]

---

**Employer's Name:** [ ]

**Address:** [ ] [ ] [ ] [ ] [ ] **Apt:** [ ]

**City:** [ ] **State:** [ ] **Zip Code:** [ ] - [ ]

**Phone:** ( ) - **Hours From:** [ ] : [ ] **Hours To:** [ ] : [ ]

**Start Date:** [ ] / [ ] / [ ]

*BINKLEY, JONATHAN R-Suspect*

# Knox County Sheriff's Office

190727 - 1982

## Person Information

- [ ] Victim [ ] Complainant [X] Suspect [X] Arrestee [ ] Witness [ ] Prop/Veh Owner [ ] Business
- [ ] Financial [ ] Government [ ] Religious [ ] Society [ ] Other/Unknown [ ] Custodian —

Name, Last: *JORDAN* Name, First: *MARANDA* MNI #- 1 9 0 0 0 1 4 6 6 8

Middle Name: *MICHELLE* Suffix:

Social Security: ███ - ███ - ███

Date of Birth: 0 6 / 1 1 / 1 9 8 5 Report Age: 034

Age From: 034 to: 034 Sex: F Race: W Ethnicity: N

Height/From: 5 07 to: 5 07 Weight/From: 140 to: 140 Resident Status:

Eye Color: BRO Hair Color: BRO Birth Place (City): KNOXVILLE State: T N

Address: HOMELESS Apt:

Phone: ( ) .  Hours There/From: to:

City: State: Zip Code: -

Driver License: ███ State: Exp Year: [ ] Juvenile

Comments:

## Employer Information

Employer's Name: *UNEMPLOYED*

Address: Apt:

City: State: Zip Code: -

Phone: ( ) .  Hours From: Hours To:

Start Date: / /

## Alias Information

Name: Date of Birth: / /

Social Security: - -

Name: Date of Birth: / /

Social Security: - -

Name: Date of Birth: / /

Social Security: - -

# Knox County Sheriff's Office

## Suspect

Disposition: [ ] [ ] [ ] Suspect is Named [ ] Count Arrestee [ ] Multiple [ ] N/A

[X] None   [ ] Unconscious   [ ] Broken Bones   Date: 0 7 / 2 7 / 2 0 1 9
[ ] Internal Injuries   [ ] Minor Injury   [ ] Lacerations   Time: 2 1 4 0
[ ] Major Injuries   [ ] Loss of Teeth   [ ] Killed

[ ] Taken Into Custody   [ ] On View Arrest   [ ] Summons

Arrest Location: 05030 [ ] BROWNLOW [ ] [ ] Apt: [ ]

Location Remarks: [ ]

[ ] Orally
[ ] Waiver # [ ]          01 UNARMED          [ ] Auto
                          [ ]                 [ ] Auto

## Physical Description

| Field | | Field | |
|---|---|---|---|
| Hair Style: | | Hair Color #1: | |
| Type Build: | | Hair Color #2: | |
| Facial Hair: | | Facial Color: | |
| Glasses Type: | | Glasses Color: | |
| Coat Type: | | Coat Color: | |
| Shirt Type: | | Shirt Color: | |
| Pants Type: | | Pants Color: | |
| Shoe Type: | | Shoe Color: | |
| Voice Type: | | Hat/Cap Type: | |
| Demeanor: | | | |
| Accent Type: | | | |
| Complexion: | | | |

Other Clothing: [ ]

Spoken Words: [ ]

*JORDAN,MARANDA M-Suspect - Arrestee*

# Knox County Sheriff's Office

## Person Information

- [ ] Victim
- [ ] Complainant
- [ ] Suspect
- [ ] Arrestee
- [ ] Witness
- [ ] Prop/Veh Owner
- [ ] Business
- [ ] Financial
- [ ] Government
- [ ] Religious
- [ ] Society
- [X] Other/Unknown
- [ ] Custodian
- —

Name, Last: CAMPBELL   Name, First: COREY   MNI #- 19 00014669

Middle Name:   Suffix:

Social Security:

Date of Birth:   /   /   Report Age:

Age From: 000 to: 000   Sex: M   Race: W   Ethnicity: N

Height/From:   to:   Weight/From:   to:   Resident Status:

Eye Color: XXX   Hair Color: UNK   Birth Place (City):   State:

Address: 00400   MAIN   ST   Apt:

Phone: ( 8 6 5 ) 2 1 5 - 2 4 4 2   Hours There/From:   to:

City: KNOXVILLE   State: T N   Zip Code: 3 7 9 0 2 -

Driver License: NA   State:   Exp Year:   [ ] Juvenile

Comments:

## Employer Information

Employer's Name: KNOX CO SHERIFF DEPT

Address:   Apt:

City:   State:   Zip Code: -

Phone: ( )   Hours From:   Hours To:

Start Date:   /   /

## Alias Information

Name: CAMBELL   COREY   Date of Birth: / /

Social Security:

Name:   Date of Birth: / /

Social Security:

Name:   Date of Birth: / /

Social Security:

# Knox County Sheriff's Office

## Person Information

☐ Victim  ☐ Complainant  ☐ Suspect  ☐ Arrestee  ☐ Witness  ☐ Prop/Veh Owner  ☐ Business

☐ Financial  ☐ Government  ☐ Religious  ☐ Society  ☒ Other/Unknown  ☐ Custodian  ☐ —

| | | | |
|---|---|---|---|
| Name, Last: | BURNETT | Name, First: PAUL | MNI #- 1 3  0 0 0 2 7 6 8 6 |
| Middle Name: | EDWARD | Suffix: | |

Social Security: ☐☐☐ – ☐☐ – ☐☐☐☐

Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐   Report Age: 036

Age From: 036 to: 036  Sex: M  Race: W  Ethnicity: N

Height/From: 6 01 to: 6 01  Weight/From: 155 to: 155  Resident Status:

Eye Color: ☐  Hair Color: ☐  Birth Place (City):  State: T N

Address: 00400 ☐ MAIN  ST ☐ Apt: ☐

Phone: ( 8 6 5 ) 2 1 5 - 2 4 4 2  Hours There/From: ☐ to: ☐

City: KNOXVILLE  State: T N  Zip Code: 3 7 9 0 2 - ☐☐☐☐

Driver License:  State: ☐☐  Exp Year: ☐  ☐ Juvenile

Comments:

## Employer Information

Employer's Name: KNOX COUNTY SHERIFFS OFFICE

Address: 00400 ☐ MAIN  ST ☐ Apt: ☐

City: KNOXVILLE  State: T N  Zip Code: 3 7 9 0 2 - ☐☐☐☐

Phone: ( 8 6 5 ) 2 1 5 - 2 2 4 3  Hours From: ☐☐  Hours To: ☐☐

Start Date: ☐☐ / ☐☐ / ☐☐☐☐

## Alias Information

Name: BURNETT  PAUL  E  Date of Birth: 1 0 / 1 3 / 1 9 8 2

Social Security: ███ – ██ – █████

Name:  Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐

Social Security: ☐☐☐ – ☐☐ – ☐☐☐☐

Name:  Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐

Social Security: ☐☐☐ – ☐☐ – ☐☐☐☐

# Knox County Sheriff's Office

## Person Information

☐ Victim ☐ Complainant ☐ Suspect ☐ Arrestee ☐ Witness ☐ Prop/Veh Owner ☐ Business

☐ Financial ☐ Government ☐ Religious ☐ Society ☒ Other/Unknown ☐ Custodian ☐ —

Name, Last: **BRADSHAW** Name, First: **JAMES** MNI #- **1 7** **0 0 0 3 6 4 1 6**

Middle Name: Suffix:

Social Security: ☐☐☐ — ☐☐ — ☐☐☐☐

Date of Birth: **0 5** / **0 3** / **1 9 9 2** Report Age: **027**

Age From: **027** to: **027** Sex: **M** Race: **W** Ethnicity: **N**

Height/From: **5** **1 0** to: **5** **1 0** Weight/From: **185** to: **185** Resident Status:

Eye Color: **BLU** Hair Color: **RED** Birth Place (City): State:

Address: **00400** **MAIN** **ST** Apt:

Phone: **( 8 6 5 ) 2 1 5 - 2 2 4 3** Hours There/From: to:

City: **KNOXVILLE** State: **T N** Zip Code: **3 7 9 0 1** -

Driver License: ▓▓▓▓ State: **T N** Exp Year: **2025** ☐ Juvenile

Comments:

## Employer Information

Employer's Name: **KNOX COUNTY SHERIFF'S OFFICE**

Address: **0400** **MAIN** **ST** Apt:

City: **KNOXVILLE** State: **T N** Zip Code: **3 7 9 0 1** -

Phone: **( 8 6 5 ) 2 1 5 - 2 2 4 3** Hours From: Hours To:

Start Date: ☐☐ / ☐☐ / ☐☐☐☐

## Alias Information

Name: Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐

Social Security: ☐☐☐ — ☐☐ — ☐☐☐☐

Name: Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐

Social Security: ☐☐☐ — ☐☐ — ☐☐☐☐

Name: Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐

Social Security: ☐☐☐ — ☐☐ — ☐☐☐☐

## Vehicle(s) Information

VEH #: `19` `0 0 0 0 5 7 1 0` ☐ Stolen ☐ Recovered ☐ Victimized ☒ Suspect ☒ Towed ☐ Other

Vehicle Make: *DODG*     Style: [ ]

Vehicle Model: *1500*     Engine Type: [ ]    Year: *2002*

Color 1 : *GRN*     Color 2: *GRN*    Value: [ ]

License Number: *3BD616*     State: `T` `N`    Year: *2020*

VIN Number: *1D7HA16N62J251861*    Sticker#: [ ]

Characteristics: [ ]

Release Info: [ ]

☐ Keys in car ☐ Doors locked ☐ Property in car    Value _ _ _ [ ]

### Recovery Information

Address: [ ] [ ] [ ] [ ] Apt: [ ]

City: [ ]   State: [ ]   Zip Code: [ ] - [ ]

Recovered By: [ ] _____

Date: [ ] / [ ] / [ ]   Time: [ ] [ ]

Condition: [ ]   Recovery Value: [ ]

### Tow Company Information

Name: *FOUNTAIN CITY TOWING*

Address: [ ] [ ] [ ] [ ] Apt: [ ]

City: [ ]   State: [ ]   Zip Code: [ ] - [ ]

Phone Number: ( ) -

### Insurance Information

Insurance Co. Name: [ ]

Policy Number: [ ]   Expiration Date: [ ] / [ ] / [ ]

Agent's Name: [ ]   Phone Number: ( ) -

Address: [ ] [ ] [ ] [ ] Apt: [ ]

City: [ ]   State: [ ]   Zip Code: [ ] - [ ]

## Narrative

On July 27, 2019, at approximately 2140 hours, I, Officer Bradshaw went out with a suspicious vehicle at 1145 Dry Gap Rd (Sterchi Hill Park). As I walked towards the vehicle, the driver/suspect (Jonathan Binkley), took off in the vehicle. Officers pursued the listed vehicle left onto Rifle Range Rd then a right onto Parkdale Dr, then suspect turned left on to Highland Dr, then a left onto pillwood, then a left onto Jenkins, followed by a left on Knox Rd, then a right on Cedar Ln. Suspect then made a left onto Rockcrest Rd then a left onto Maple Rd, followed by a right onto Cedar Ln. Suspect then took a left onto North Broadway St. Officers continued pursing the suspect back into the county when the suspect turned right onto Brown Gap Rd, and then a left on Emory Rd and then a left on Highway 33, then a U turn at Andersonville Pk continuing on 33. Suspect then turned left onto Fort Sumter Rd making a U turn in the yard at 5881 Fort Sumter Rd. Suspect then turn right onto daniels then immediately turning left on Brownlow Rd which is a deadend where the vehicle became stuck in the woods. Officers approached the vehicle while the suspect was trying to get it unstuck and officers pulled the passenger/Arrestee (Maranda Jordan) out of the vehicle and took her into custody. While Officer Harrell and myself were trying to get the driver/suspect out of the vehicle and the driver/suspect became aggressive, refusing to get out of the vehicle. Officers delivered closed hand strikes to the driver/suspect's upper body and head till we were able to get the suspect to exit the vehicle and comply. During the altercation and while dealing with the suspect, Officer Campbell, Officer Burnett, and myself were exposed to his blood. Officers had to physically carry the suspect back to the roadway because the suspect still was not complying and during the investigation, the suspect became unconscious. Suspect was given narcan two times along with CPR and Breaths. AMR responded, and after following their policy procedures for approximately 25 minutes, AMR announced the suspect dead. KPD arrived and took over all investigations. A records check revealed the suspect was driving on suspended license and had a warrant out of Knox County (docket #@1278329) for theft. Records also revealed that the Passenger/Arrestee had a warrant out of Monroe Co for VOP for driving on a suspended license (docket #S161426) and a warrant for the U.S Marshall's Office, for manufacturing dangerous drugs (docket#197405231893Z). Officers found 15 used syringes, a scale, and multiple small clear baggies with unknown resin in them. The vehicle was towed to Fountain City Towing. This occured in Knox County, TN.

# Knox County Sheriff's Office

## Relationship

**Victim / Offender Relationship:**

| Victim's Name | Suspect's Name | Code | Relationship |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Victim / Offense Relationship:**

| Victim's Name | Offense | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Suspect / Offense Relationship:**

| Suspect's Name | Offense | Description |
|---|---|---|
| BINKLEY, JONATHAN R | 5358 | FTA/ATTACHMENT |
| BINKLEY, JONATHAN R | 5004 | Evading Arrest |
| JORDAN, MARANDA M | 5357 | VOP (PROBATION OR PAROLE) |
| JORDAN, MARANDA M | 5358 | FTA/ATTACHMENT |
| BINKLEY, JONATHAN R | 4801 | OBSTRUCTING POLICE/RESISTING ARREST |
| BINKLEY, JONATHAN R | 5401 | DRIVING ON A SUSPENDED LICENSE |
| BINKLEY, JONATHAN R | 0032 | RECOVERED PROPERTY/DRUG PARAPHERNALIA (IDENTIFY) |
| JORDAN, MARANDA M | 0032 | RECOVERED PROPERTY/DRUG PARAPHERNALIA (IDENTIFY) |
| | | |
| | | |

# Adam Shift Lineup



| | | | | | | |
|---|---|---|---|---|---|
| **Date:** | 7/27/2019 | | **From:** | 2100 hours | |
| **Prepared By:** | Sgt. J. Clemons | | **To:** | 0630 hours | |

| Unit | Supervisors | IDN | Tab # | Zone | Status | Notes | Signature |
|---|---|---|---|---|---|---|---|
| A-1 | Capt. Kevin Holbert | 10879 | 4331 | | AT | | |
| A-2 | Lt. Jason Lubienski | 11895 | 4824 | West | | | |
| A-3 | Sgt. Bobby Law | 11075 | 4823 | | ALP | | |
| A-4 | Sgt. Scott Greene | 11289 | 4638 | | SLP | | |
| A-5 | Sgt. Jason Overton | 14254 | 4781 | North | | | |
| A-6 | Sgt. Josh Clemons | 14328 | 4532 | South/East | | | |

| Unit | Officers | IDN | Tab # | Zone | Status | Notes | Signature |
|---|---|---|---|---|---|---|---|
| A-7 | Mitchell Crowe | 12369 | 4461 | 202 | | | |
| A-8 | Jeff Monroe | 13486 | 4795 | | ALP | | |
| A-9 | Matt Trott | 13679 | 3953 | 201 | | | |
| A-10 | Corey Campbell ✳ | 13440 | 4820 | 102 | | | |
| A-11 | Nina Hummel | 14334 | 4468 | 100 | | | |
| A-12 | Alan Bull | 14385 | 4314 | 402 | | | |
| A-13 | Thomas Darden | 15098 | 4639 | 403 | | | |
| A-14 | Clay Harrell ✳ | 15080 | 4633 | 104 | | | |
| A-15 | Justin Stooksbury | 15072 | 4318 | 200 | | | |
| A-16 | Nicholas Wilhelmson | 15105 | 4462 | 300 | | | |
| A-17 | Sean Montgomery | 15436 | 4470 | | H | | |
| A-18 | Michah Phillips | 15397 | 3802 | South/East | | | |
| A-19 | Jeremiah Catlett | 15396 | 4534 | 404 | | | |
| A-20 | James Bradshaw ✳ | 15079 | 4322 | 101 | | | |
| A-21 | Adam West | 15617 | N/A | | ALP | | |
| A-22 | Christopher Reichert | 15064 | 4341 | 401 | | | |
| A-23 | Alec Kern | 15319 | 4337 | 302 | | | |
| A-24 | Aaron Shaffer | 15579 | 4227 | | ALP | | |
| A-25 | | | | | | | |
| | | | | | | | |
| K9-5 | Russell Bruce ✳ | 13765 | 4803 | North | | | |
| K9-15 | Michael Adkins | 14992 | 4555 | | ALP | | |
| K9-19 | Douglas McClure | 15517 | 4552 | 400 | | | |
| | | | | | | | |
| U-175 | Glenn Martin | 15530 | | All Zones | | | |
| | | | | | | | |
| | | | | | | | |
| PO-18 | Zack Doss ✳ | 15428 | | w/A-14 | | | |
| PO-28 | Paul Burnett ✳ | 14080 | | w/A-10 | | | |
| PO-29 | Cody Jones | 15564 | | w/A-13 | | | |
| | | | | | | | |
| | Supervisor Signature | | | | | | |

Day: 0600-1530 HRS        Evening: 1430-0000 HRS        Night: 2100-0630 HRS

# David Shift



Date: 7/27/2019      From:    21:00

Prepared By: Sgt. J. Daniels      To:    6:30

| Unit | Supervisors | IDN | Tab # | Status | Hours | Notes | Signature |
|------|-------------|-----|-------|--------|-------|-------|-----------|
| D-1 | Capt. Mitch Grimes | 11347 | 4707 | All Zones | ALP | | 824-8097 | |
| D-2 | Lt. Benji Gresham | 10941 | 4333 | All zones | | 9.5 | 254-4056 | |
| D-3 | Sgt. Eric Kern | 11312 | 4787 | West | | 9.5 | 297-2117 | |
| D-4 | Sgt. Roger Morgan | 11774 | 4785 | North | | 9.5 | 661-7113 | |
| D-5 | Sgt. Butch Russell | 10979 | 4842 | | AT | | 679-1218 | |
| D-6 | Sgt. Jason Daniels | 10839 | 4819 | S/E | | 9.5 | 824-8562 | |

| Unit | Officers | IDN | Tab # | | | Notes | Signature |
|------|----------|-----|-------|--|--|-------|-----------|
| D-7 | Shane May ✳ | 11323 | 4541 | 100 | | 9.5 | | |
| D-8 | Preston Davis | 14335 | 4818 | | ALP | | | |
| D-9 | Mallory McCroskey | 14321 | 4630 | | ALP | | | |
| D-10 | Whitney Bowers | 14562 | 4796 | | H | | | |
| D-11 | Kevin Potter | 14596 | 4459 | 200 | | 9.5 | | |
| D-12 | Albert Kidwell | 15026 | 4557 | | H | | | |
| D-13 | Paul Saah | 14619 | 4455 | | FTX | | | |
| D-14 | Phillip Whitaker | 14542 | 4550 | 401 | | 9.5 | | |
| D-15 | Randall Williams | 15073 | 4472 | 300 | | 9.5 | | |
| D-16 | Ben Munro | 15437 | 4319 | 404 | | 9.5 | | |
| -17 | Christian Gomez ✳ | 15101 | 4530 | 104 | | 9.5 | | |
| D-18 | Alejandro Torrez | 15289 | 4221 | 202 | | 9.5 | | |
| D-19 | Dustin Farmer | 15235 | 4537 | 101 | | 9.5 | | |
| D-20 | David Vasquez | 15070 | 4447 | 402 | | 9.5 | | |
| D-21 | Jonathan Lindsey | 15516 | 4209 | 201 | | 9.5 | | |
| D-22 | Christopher Daley | 15522 | 4253 | 302 | | 9.5 | | |
| D-23 | Bradley Finley | 15402 | 4323 | 102 | | 9.5 | | |
| D-24 | Nicholas Halsey | 15680 | 4250 | 400 | | 9.5 | | |
| D-25 | Anthony Cummings | 15482 | 4346 | 403 | | 9.5 | | |
| D-26 | | | | | | | | |
| D-27 | | | | | | | | |
| D-28 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| K9-6 | Joshua Bowers | 13950 | 4553 | S/E | | 9.5 | EOD | |
| K9-10 | Nathan Stachey ✳ | 14343 | 4555 | North | | 9.5 | Narc | |
| K9-17 | Landon Queener | 15167 | 4552 | | ALP | 9.5 | Narc | |
| | | | | | | | | |
| PO-26 | Dennis Sosville ✳ | 12201 | | W-K911 | | 9.5 | | |
| PO-22 | Gavin Bales ✳ | 15459 | | W/D-07 | | 9.5 | | |
| PO-23 | Denife Jones | 15211 | | W/D-19 | | 9.5 | | |
| U-178 | Christian Monroe | 15613 | P/W | All Zones | | 9.5 | | |
| | | | | | | | | |
| | | | | | | | | |

Supervisor



# KNOX COUNTY SHERIFF'S OFFICE

DATE: 7-27-19 CASE # 190727198 VICTIM John Binkley CRIME 10-25

LOCATION: 5030 Brownlow FIRST OFFICER J. Bradshaw DETECTIVE ASSIGNED _____

| Time In | Time Out | Name/Title/Unit # | Reason for Entering Crime Scene & Actions Inside Crime Scene |
|---|---|---|---|
| 2208 | | J. Bradshaw | KCSO |
| 2208 | | C. Campbell | |
| 2208 | | P. Burnett | |
| 2208 | | C. Harrell | |
| 2208 | | Z. Doss | |
| 2208 | | N. Stachey | |
| 2208 | | J. Sosville | |
| 2208 | | C. Gomez | |
| 2208 | | S. May | |
| 2208 | | D. Farmer | |
| 2208 | | G. Bales | |
| 2208 | | D. Jones | |
| 2208 | | J. Bowers | |
| 2208 | | R. Morgan | |
| 2220 | | J. Overton | |
| 2230 | | J. Clemmons | |
| 2220 | | T. Lublenski | |
| 2208 | | R. Bruce | |
| 2208 | | B. Finley | |
| 2231 | 2565/4876 | L. Flehan | AR/M Fire E-230  0-19045195 (Run #) |
| 2231 | 659/3284 | J. Davis | R/M Fire E-230  0-19045195 |
| 2231 | | K. Hughes | AMR Unit 701  0-19045195 |
| 2231 | | E. Wade | AMR Unit 701  0-19045195 |
| 2257 | | N. Stansberry | Forensics |
| 2221 | | G. Martin | Transportation |
| 2208 | | D. Amburn | KCSO |
| 2322 | | K. Glenn | KCSO - Comm. Dir. |
| 2324 | | S. Campbell | Forensics |

It is important that all persons entering the crime scene be identified, as they are potential witnesses' in future criminal prosecutions.

Form completed by: _____

KCSO/CSL/02-2015



# KNOX COUNTY SHERIFF'S OFFICE

DATE: 2·27·19 CASE # 190727982 VICTIM John Binkley CRIME 10·25

LOCATION: 5030 Brownlow FIRST OFFICER J. Bradshaw DETECTIVE ASSIGNED _____

| Time In | Time Out | Name/Title/Unit # | Reason for Entering Crime Scene & Actions Inside Crime Scene |
|---------|----------|-------------------|-------------------------------------------------------------|
| 0009 | | M. Sherpe | ME's Office |
| 0009 | | R. Cook. | KPD Investigator |
| 0009 | | P. Whillock | KPD Investigator |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

It is important that all persons entering the crime scene be identified, as they are potential witnesses' in future criminal prosecutions.

Form completed by: _____

KCSO/CSL/02-2015

# Knox County  Sheriff's Office

## Officer On Scene Report

Date: 07272019  Officer Arrival Time: 2206    Report Number: A07271982

Officer Name: C. Harrell_____ Badge: 2588  Unit Number: A-14

Address of Incident: 5030 Brownlow Road_____

Type of Incident: 10-25_____

## Officer Statement

On arrival to the scene where the vehicle came to a stop,
I approached the vehicle on the passenger side and assisted
Officer Campbell in removing the passenger. Once the passenger had
been removed, Officer Campbell took control of the passenger while I
entered the vehicle in an attempt to turn it off, but was unable to
turn the key. After being unable to turn the vehicle off I instructed the
suspect to exit the vehicle to the direction of the officers attempting to pull
him out of the drivers side but he would not. I struck the suspect in the
right side of the body while pulling and instructing him to exit and he continued
to resist. While continuing to fight and resist officers, I struck the suspect in the
right side of the face in attempt to gain compliance Due to the vehicle
still running and the fear of officers being injured by the vehicle. The
suspect then began to comply to a point and again resisted. I was able
to dislodge the suspects leg from under the vehicle and he was removed by
officers on the drivers side. I then went around and assisted in controlling the suspect

Officers Signature _Clay Harrell_____  Date 07272019

# FIRST OFFICER ON SCENE
## KNOX COUNTY SHERIFF'S OFFICE

Report # 1967271982

Arrival Time : ~~2208~~ 2208        5030 Brownlow

420

First Officer : Bradshaw, James  Date : 7-27-19  Badge: 2563  Unit: ~~~~

Other Officer : Campbell        Date : 7-27-19  Badge: _____  Unit: A10

Other Officer : Herrell        Date : 7-27-19  Badge: 2588  Unit: A14

Officer Statement : I officer Bradshaw exited my
vehicle at the deadend of Brownlow to Move
towards the Green dodge that officers pursued.
While I moved to the driverside I saw Arrestee
(Johnathan Binkley) in the driver seat. Officer Campbell
Pulled the passenger/Arrestee (Miranda Jordan) out of the
passengerside. Officer Herrell came from the passengerside
while I was at the driverside trying to get Binkley
out of the vehicle which he became aggresive and
grabbing officers. I used a closed fist strike to
Binkleys face due to Binkley still Trying to drive
the vehicle and grabbing officers and Pushing away. Officer
Campbell and myself was Finally able to pull Mr Binkley
out of the vehicle were other officers took him from there

Officer's Signature : _____  Date : 7-27-19

# Knox County  Sheriff's Office

## Officer On Scene Report

Date: 7-27-19   Officer Arrival Time: 2208   Report Number: 190727)982

Officer Name: Corey Campbell   Badge: B2569   Unit Number: D16

Address of Incident: 5030 Brownlow

Type of Incident: 1025 / 1091

## Officer Statement

Upon the vehicle stopping I approached the passenger side of the vehicle and was able extract the female passenger from the vehicle without incident. The Driver was in a physical altercation with officer Bradshaw and officer Harrell while he was still in the vehicle I ran around the vehicle and was able to pull a small tree back away from the Door Far enough For officers were able to get the suspect out of the vehicle. the suspect continued to struggle with officer untill he was placed in custody. at this time I was relieved By other officers.

Officers Signature _____ Date 7-27-19

Order of Arrival

※ S. Bradshaw - 2208  A      ※  stuart Hill Park 10-90

C. Campbell & P. Burnett - 2208  A

C. Harrell & Z. Doss - 2208  A

S. May & G. Bales - 2209  D

C. Gomez - 2209  D

N. Stuckey & D. Sosseville 2209  D

D. Romer - 2209  D

D. Jones - 2209  D

B. Finley - 2209  D


Dustin Framen   Juves
   15235 - 22:09
Driver side Handcuffed
Actively Arrested
  Stop Resting - Fallen Stumbling
Ndot see that
  More Than 3
  Mumbley -        really sign   Zonry,
                               Ons Hooked   BARBican   Broaths
       pq                         Resident
      SuinKhrestian Cuffs              shadow

Christon Gomez
  1510)

Shadluck May
      11323
Gavin Bales
   15459   2nd place

Report # 1907271982
1 Narcan - 2224
2 Narcan - 2226
Chest compresions - 2227


Miranda Michelle Jordan
DOB - 6-11-1985
~~██████████~~

OIN - 097314004
No Phone # SAmsung J3 6ALxy J3 Lve
unemployed                SCREEN BUSTed
homeless - 3503 STewART Pinkway Powell
5'7 Brown eyes /Brown hair    GRACE 37849
VoP outof Monroe County  # 5161426
Wanted for Marshalls Dangerous Drugs # 1974105231893Z


Jonathan Reed Binkley
~~██████████~~
~~██████████~~
~~Homeless~~
DoB - 11-1-1983
6'00 375lbs Brown/eyes Brown hair
Phone # 865-249-5259
Warrantoutof Knox County theft #@ 1278329

605-9953

Clay Howell . 15080
Dewy CEDAR AVE
Campbell
RO3 TAGE
68 out 60 out

Tood DOSS 15428

James BradSHAW 01507§
Park Closed
Backed IN

Bink
TRUCK
mine JOEY "GyCo"
Jeny Jordon
4 meetts Barns HighSchool
8:00 Auoke
Smith Bult
Vick Eagle  Mcdaniel Elenta
12:00
Ride Arands
2:00 - 2 flants probaby -
10P - Ant Colony

Order of Arrival

* S. Bradshaw - 2208 A     *     Stewart Hill Park 10-90
C. Campbell + P. Burnett - 2208 A
C. Harrell + Z. Doss - 2208 A
S. May + G. Bates - 2209 D
C. Gomez - 2209 D ✓
N. Stichey + D. Sosserille 2209 D
D. Framer - 2209 D ✓
D. Jones - 2209 D ✓✓
✓ B. Finley - 2209 D

Dustin Framer  Juvs
15235 - 22:09
Driver side Handcuffed
Actively Arrested
Stop Resting - Fallen Stumbling
Didn't see that
More Than 3
Mumbley -     really sign    zorvy,    one arkled    surgical procedure
Icy                                   Ball Procedure
Scuffles/Resistan. Cuffs                        surgical procedure

Christina Gomez
15101

Sherlock May
11323
Gavin Bates
10454   2nd place

| DATE OF REPORT 08/05/2019 | TIME OF REPORT 21:19 | *Knox County Sheriff's Office* **USE OF FORCE REPORT** | REPORT NUMBER 19-07271982 |
|---|---|---|---|
| TE OF FORCE 07/29/2019 | TIME OF FORCE 21:40 | | REPORTING OFFICER / IDN HARRELL,CLAY / 015080 |

**OFFICER UTILIZING FORCE:** HARRELL,CLAY  **IDN** 015080  **LOCATION OF USE OF FORCE:** BROWNLOW ROAD

**LOCATION OF ARREST:** 1145 DRY GAP RD   **ZONE:** 101

## SUSPECT INFORMATION

**SUSPECT NAME (LAST, FIRST, MI):** BINKLEY,JONATHAN R   **DOB:** 11/01/1983   **SEX:** ☒ M ☐ F   **RACE:** W

**ADDRESS:** 6118 CATELAND LN   **CITY:** POWELL   **ST:** TN   **ZIP:** 37849

**AT THE TIME OF OCCURRENCE, THE SUBJECT WAS: (MARK ALL THAT APPLY)**   **RESTRAINT DEVICES:**

☒ INTOXICATED ☐ SICK ☐ ELDERLY ☐ 10-87 ☐ COLLEGE STUDENT ☐ JUVENILE ☐ N/A   ☒ HANDCUFFS ☐ LEG IRONS ☐ OTHER

## OFFICER INFORMATION

**ARRESTING OFFICER / IDN** BRADSHAW,JAMES / 015079   **WITNESSING OFFICER / IDN** HARRELL,CLAY / 015080

**WITNESSING OFFICER / IDN** /   **WITNESSING OFFICER / IDN** /

## CHARGE INFORMATION

| | | |
|---|---|---|
| **ORIGINAL CHARGE:** _ | **WARRANT #** | **BOND $** |
| **ORIGINAL CHARGE:** _ | **WARRANT #** | **BOND $** |
| **ADDITIONAL CHARGE:** _ | **WARRANT #** | **BOND $** |
| ODITIONAL CHARGE: _ | **WARRANT #** | **BOND $** |

## TYPE OF FORCE INFORMATION / INJURY INFORMATION

**WAS CHEMICAL WEAPON USED?**

☐ YES ☒ NO

**WAS IT EFFECTIVE?**   ☐ YES ☒ NO

**DESCRIBE ANY VISIBLE INJURIES TO THE PRISONER:**

*LACERATIONS TO THE FACE*

**WAS IMPACT WEAPON USED?** ☒ YES ☐ NO

**TYPE:** *HANDS*

**PRISONER TREATED AT:** ☒ SCENE ☐ HOSPITAL ☐ N/A

**NAME OF HOSPITAL:**

**TREATING PHYSICIAN:**

**WAS TASER USED?** ☐ YES ☒ NO

**TYPE:**

**SERIAL #:**

**CARTRIDGE SER #:**

**WHERE HIT ON BODY:**

**DESCRIBE ANY INJURIES TO OFFICER(S):**

*NONE*

**OFFICER TREATED AT:** ☐ SCENE ☐ HOSPITAL ☒ N/A

**NAME OF HOSPITAL:**

**WAS THE FORCE USED EFFECTIVE?**

☒ YES ☐ NO

**TREATING PHYSICIAN:**

## EXPLAIN IN DETAIL THE ACTIONS OF THE SUSPECT AND FORCE USED BY OFFICER:

On July 27, 2019, at 2140 hours, I responded to assist Officer Bradshaw who was involved in a pursuit which had ended at the dead end of Brownlow Road. On arrival, the vehicle had became stuck and the suspect was actively attempting to free the vehicle, placing officers in immediate danger as they were attempting to remove him from the driver's side. The passenger was taken into custody without incident and I immediately entered the vehicle on the passenger side in an attempt to turn the vehicle off but was unable. I gave the suspect several verbal commands to exit the vehicle and the suspect refused. I then delivered multiple strikes to the body and side of face in an attempt to gain compliance. Officers were finally able to gain control of the suspect, removing him from the vehicle and placing him into custody.

Body Camera

Additional Comments:
ON JULY 27, 2019, AT 2140 HOURS, I RESPONDED TO ASSIST OFFICER BRADSHAW WHO WAS INVOLVED IN A PURSUIT WHICH HAD ENDED AT THE DEAD END OF
BROWNLOW ROAD. ON ARRIVAL, THE VEHICLE HAD BECAME STUCK AND THE SUSPECT WAS ACTIVELY ATTEMPTING TO FREE THE VEHICLE, PLACING OFFICERS IN
IMMEDIATE DANGER AS THEY WERE ATTEMPTING TO REMOVE HIM FROM THE DRIVER'S SIDE. THE PASSENGER WAS TAKEN INTO CUSTODY WITHOUT INCIDENT AND I
IMMEDIATELY ENTERED THE VEHICLE ON THE PASSENGER SIDE IN AN ATTEMPT TO TURN THE VEHICLE OFF BUT WAS UNABLE. I GAVE THE SUSPECT SEVERAL
VERBAL COMMANDS TO EXIT THE VEHICLE AND THE SUSPECT REFUSED. I THEN DELIVERED MULTIPLE STRIKES TO THE BODY AND SIDE OF FACE IN AN ATTEMPT TO
GAIN COMPLIANCE. OFFICERS WERE FINALLY ABLE TO GAIN CONTROL OF THE SUSPECT, REMOVING HIM FROM THE VEHICLE AND PLACING HIM INTO CUSTODY.

| DID USE OF FORCE TAKE PLACE WITHIN RANGE OF VIDEO/AUDIO UNITS? | YES | NO |
|---|---|---|

IF "YES", LIST TAB #(S) / TAPE #(S):

## SUPERVISORY REVIEW

| YES | NO | VIDEO/AUDIO REVIEWED? | / |
|---|---|---|---|

APPROVING SUPERVISOR / IDN:   14254 - OVERTON, JASON

# KNOX COUNTY SHERIFF'S OFFICE
## Vehicle Pull-In/Inventory Form
Original-Records Division  Copy 1-Owner/Operator
Copy 2-Officer's Records  Copy 3-Wrecker Operator

| 1. Date of Report | 2. Time of Report | | 3. Event Number: | 4. Suffix |
|---|---|---|---|---|
| MO 07 DAY 27 YR 19 | 2140 HRS | | 1907271982 | |

**Attention or Follow-Up** — ☐ General Assign ☐ Major Crimes ☐ Juvenile ☐ Narcotics ☐ Auto Theft ☐ Route to: Officer/Investigator

Use BLACK ink, PRINT legibly. List ALL items within vehicle, including cellular phone, radar detector, stereo (if removable), tools, and/or detachable customizations.

| Type of Occurence | 7. Location of Occurence | 8. Zone |
|---|---|---|
| 10-25 | 5030 Brownlow | 102 |

☐ Driver Arrested ☐ N/A ☐ Stolen ☐ Recovered ☐ Suspect  **VEHICLE**  ☐ Seized ☐ Abandoned ☐ Traffic Hazard ☐ Damaged

| 9. Veh. YR | 10. Veh. Make | 11. Veh. Model | 12. Veh. Tag No. | 13. State | 14. Veh. VIN No. |
|---|---|---|---|---|---|
| | Dodge | Ram | 38D616 | TN | 1D7HA16N6ZJ251861 |

| 15. ☐ Owner ☑ Operator ☐ Arrestee | 16. Address (Street, City, State)  ZIP: | 17. Phone Number |
|---|---|---|
| John Birkley | | N/A |

| 18. Veh. Color Top/Bottom | 19. Towing Company | 20. Vehicle Towed To: ☑ Same as Towing Company | 21. Identifying Characteristics |
|---|---|---|---|
| GRN | FTN CITY | | N/A |

## INVENTORY

Indicate the DISPOSITION & LOCATION FOUND Code from the following descriptions. Additional items should be listed on an additional Vehicle Pull-In/Inventory Form.

22. **DISPOSITION CODE:**  Mark the appropriate column - CONfiscated to Property,  INVentory only
**LOCATION FOUND:** Driver's Side Front-DSF,  Passenger Side Front-PSF,  Driver's Side Back-DSB,  Passenger's Side Back-PSB,  Trunk-TNK,  Glove Comp.-GLV,  Other-Describe Briefly

| QTY | ITEM | BRAND | MODEL | SERIAL NO. or OTHER IDENTIFIER | LOCATION FIND | CON | INV |
|---|---|---|---|---|---|---|---|
| | Circular saw | Fuel | | F31AD162200645 | PSF | | |
| 2 | Lithium battery | Milwaukee | | M18 XC 6.0 | PSF | | |
| | Battery | Black & Decker | | | PSF | | |
| | Flatscreen TV | Proscan | | | TNK | | |
| | Pushbar w/ lights | | | Westin | TNK | | |
| | Electrical cables | | | | TNK | | |
| | MISC CLOTHES | | | | TNK | | |
| | MISC MEDICATION | | | | PSF | | |
| | Purse w/ contents | | | BIK | PSF | | |
| | Misc clothes | | PB | | | | |

| 23. Comments/Special Instructions: | |
|---|---|

| 24. Vehicle to be Held? ☐ YES ☐ NO | Officer and Agency Requesting Hold: |
|---|---|

25. **RELEASE FROM ALL CIVIL AND/OR CRIMINAL LIABILITIES**

**VEHICLE OWNER/OPERATOR:** In accordance with this request, I hereby release, forever discharge, and hold harmless, the Knox County Sheriff's Office., the County of Knox, Tenn., and all their officers, agents, and representatives, from all liabilities, actions, causes of action, and claims which may occur as the result of my request, including all damage and loss to my vehicle and its contents and/or all injuries to persons and property.

**WRECKER OPERATOR:** The above is a complete report and required inventory of the above mentioned vehicle. The undersigned recovery vehicle/wrecker operator accepts responsibility for the above described vehicle and its contents.

| As owner/operator, I request the Knox County Sheriff's Office to make the following arrangement for the vehicle described on this Pull-In/Inventory Form (Place Initials in Appropriate Box) | The individual listed below, a duly licensed driver, is to be given possession of and custody of my vehicle and its contents for safekeeping. | My vehicle is to remain abandoned without inventory at the location listed above. | Notify the individual listed below to take possession of my vehicle and its contents and move my vehicle to the address listed above. |
|---|---|---|---|
| ☐ Owner ☐ Operator ☐ Arrestee Signature | 27. Date | 28. Passenger or Responsible Party Signature | 29. Date |

| 30. Physical Condition of Vehicle: RATE: GOOD-1, FAIR-2, POOR (Damaged)-3 |
|---|
| Glass 2  Trunk 2  Hood 2  Ft.Fend 2  R.Fend 2  Other/List |

| 31. Reporting Officer (PRINT) | 32. Officer I.D. | 33. Recovery Vehicle/Wrecker Operator Signature | 8/94KCSD-pullin.frm/MF |
|---|---|---|---|
| P. Burnett | 14080 | Rus Underwood | |