UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ANN LEDFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00325-DCLC-HBG |
| | ) | |
| vs. | ) | |
| | ) | |
| KNOX COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The parties have filed a Joint Motion [Doc. 41] requesting alternative dispute resolution through judicial mediation, a stay of the matter pending mediation, and certain related adjustments regarding scheduling and deadlines. It is the policy of the District Court not to utilize magistrate judges for judicial settlement conferences except in the most exceptional and extraordinary circumstances. For that reason, the Court has endeavored to create a "Court Approved List of Mediators" (https://www.tned.uscourts.gov/mediationarbitration) for parties to use to facilitate obtaining qualified mediators to address their case. After having reviewed the pleadings, the Court declines to find that this case is the rare case that justifies a judicial settlement conference. Therefore, the Joint Motion [Doc. 41] is **DENIED.** If the parties desire the Court to order mediation, they should file a joint motion accordingly. Otherwise, the case shall continue to proceed as outlined in the Scheduling Order.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge