UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ANN LEDFORD, | ) |
| Plaintiff, | ) 3:20-CV-00325-DCLC-HBG |
| vs. | ) |
| KNOX COUNTY, TENNESSEE, et al., | ) |
| Defendants. | ) |

**ORDER**

The parties have filed a second Report of Mediation [Doc. 47] which indicates that they engaged in a successful mediation and the case has settled. It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal by **April 14, 2021**. If additional time is needed to file the Stipulation, the parties may so notify the Court and request an extension. If a Stipulation is not filed and an extension is not requested, then the Court will dismiss this case after 30 days based upon the Report of Mediation.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge