IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANN LEDFORD, individually and as next friend and mother of Johnathan Binkley, Deceased, ) ) ) | |
| Plaintiff, ) | |
| v.  : | 3:20-cv-00325-DCLC-HBG |
| ) | |
| KNOX COUNTY, TENNESSEE, *et al.* ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been resolved by agreement through mediation [Doc. 47], the parties, through counsel and in accordance with Rule 41 of the *Federal Rules of Civil Procedure*, hereby stipulate to the dismissal of this lawsuit in its entirety, on the merits and with prejudice, with each party bearing the costs of their own fees and expenses.

Respectfully submitted this 16th day of March 2021.

s/Wayne A. Ritchie II
WAYNE A. RITCHIE II, BPR #013936
JAMES R. STOVALL, BPR #032512
SAMANTHA I. ELLIS, BPR #036709
RITCHIE, DILLARD, DAVIES
& JOHNSON, P.C.
606 West Main Street, Suite 300
Knoxville, Tennessee 37902
Phone: (865) 637-0661
Email: war@rddjlaw.com
*Attorneys for Plaintiff*

s/David S. Wigler
DAVID S. WIGLER, BPR # 014525
Deputy Knox County Law Director
400 Main Street, Suite 612
Knoxville, TN   37902
Phone: (865) 215-2327
Email: David.wigler@knoxcounty.org
*Attorney for Defendants*